Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Attorneys for Defendant SmartMatch Insurance Agency, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| SHARON MCCULLAGH, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMARTMATCH INSURANCE AGENCY, LLC,<br><br>Defendant. | Case No. 1:25-cv-00174-CL<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Defendant SmartMatch Insurance Agency, LLC ("SmartMatch"), through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and States:

1. Fed R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party or a nongovernmental corporation that seeks to intervene must file a statement that identifies any parent corporation and any publicly held corporation owning 10% or more of its stock or states that there is no such corporation."

2. SmartMatch has none of the above.

DATED: March 27, 2025

COSGRAVE VERGEER KESTER LLP

***s/ Timothy J. Fransen***

Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
Telephone: 503-323-9000
Facsimile: 503-323-9019

Attorneys for Defendant SmartMatch Insurance Agency, LLC



Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** on the date indicated below by:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

Andrew Roman Perrong
Perrong Law LLC
2657 Mt. Carmel Ave.
Glenside, PA 19038
a@perronglaw.com

Anthony Paronich, Admitted *pro hac vice*
Paronich Law, PC
350 Lincoln St., Ste. 2400
Hingham, MA 02043
anthony@paronichlaw.com

*Attorneys for Plaintiff*

DATED: March 27, 2025

***s/ Timothy J. Fransen***
Timothy J. Fransen



Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019