**George S. Pitcher, OSB #963982**
George.Pitcher@wilsonelser.com
**Rachel Robinson, OSB #084550**
Rachel.Robinson@wilsonelser.com
**Maryn Sommerfeldt, OSB #244842**
Maryn.Sommerfeldt@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030
Facsimile: 971.352.3019

*Attorneys for Defendant Interest Media, Inc.*

Hon. Mark D. Clarke

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **SHARON MCCULLAGH,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**SMARTMATCH INSURANCE AGENCY, LLC,** and **INTEREST MEDIA, INC.,**<br><br>　　　　　Defendants. | Case No. 1:25-cv-00174-CL<br><br>DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS |

I, Jeremy Matthew Hoggatt, declare:

1.　　I am the CEO of Interest Media, Inc. ("Interest Media"). I make this declaration based upon personal knowledge and my review of business records, and I am competent to testify to the matters stated herein.

Page 1 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
319665442v.1

Wilson Elser Moskowitz Edelman & Dicker LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

2.      Interest Media is a marketing company that provides advertising and customer acquisition including through, among other methods, the operation of user-facing websites.

3.      As CEO of Interest Media, I am familiar with the user-facing websites operated by Interest Media. One website that is owned and operated by Interest Media is FreeSamplesProUSA.com (https://freesamplesprousa.com) ("the Site"). Interest Media has owned and operated the Site at all times from March 2020 to the present.

4.      Individuals have the ability to register on the Site and then answer survey questions to get matched with samples and offers that fit their needs. When an individual registers on the Site, the personal data the user provides, the IP address from which the Site is accessed, and information about the user's response to the survey questions are automatically saved to an Interest Media database. Interest Media maintains that database in the ordinary course of its business. Interest Media can search the database by various personal identifying factors, such as phone number, name, or email address.

5.      Interest Media conducted a search of its database for plaintiff Sharon McCullagh's phone number ((541) 417-2942), as shown in pre-suit correspondence from Ms. McCullagh's attorney to the attorney for defendant SmartMatch Insurance Agency, LLC ("SmartMatch") (see Exhibit D the declaration of Rachel A. Robinson, filed the same date as this declaration).

6.      Interest Media's database reflects that Ms. McCullagh registered on the Site and answered a series of survey questions in the morning hours of September 30, 2024, Coordinated Universal Time ("UTC"). The time that was automatically recorded in Interest Media's database in connection with Ms. McCullagh's interaction with the Site was 06:56 on September 30, 2024. (See Exhibit A, "user_created_on" field). That time is stated in UTC. My understanding is that

Page 2 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
319665442v.1

Wilson Elser Moskowitz Edelman & Dicker LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

06:56 UTC on September 30, 2024, equates to 11:56 pm on September 29, 2024, Pacific Daylight Time. A true and correct copy of a subset of the data that was automatically stored in Interest Media's database in connection with that interaction with the Site (referred to hereinafter as "Ms. McCullagh's September 29, 2024, interaction with the Site") is attached hereto as Exhibit A. Exhibit A shows, among other things, the website that was accessed ("domain" field); the date and time of the interaction with the website ("user_created_on" field); the email address the user provided on the website ("user_email_address" field); the first and last name that the user provided on the website ("user_first_name" and "user_last_name" fields"); the phone number the user provided on the website ("user_mobile" field); the address the user provided on the website, ("user_address[,]" "user_zip_code[,]" "user_state_code" fields); the gender the user identified on the website ("user_gender" field); the date of birth the user provided on the website ("user_dob" field); and the IP address from which the website was accessed ("ip_address" field). The "user_dob" field in Exhibit A has been redacted to show only the birth year to protect Ms. McCullagh's privacy; however, a full date (month, day, and year) was entered on the Site and automatically stored in Interest Media's database.

7. To access samples and offers on the Site at the time of Ms. McCullagh's September 29, 2024, interaction with the Site, a user had to register with the Site by entering their email address into an email field on the Site and then clicking a button labeled "Continue." There was consent language about the Site's Terms of Use, which included a mandatory arbitration provision, immediately below the "Continue" button. Below is a screenshot of the registration section of the Site, as it existed at the time of Ms. McCullagh's September 29, 2024, interaction with the Site:

/ / /

Page 3 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
319665442v.1

Wilson Elser Moskowitz Edelman & Dicker LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019



At the time of Ms. McCullagh's September 29, 2024, interaction with the Site, a user could not proceed further on the Site without agreeing to and accepting the Terms of Use by clicking the "Continue" button.

8.  The blue "Terms of Use" text in the screenshot in paragraph 7 was a hyperlink to the Terms of Use. A true and correct copy of the Terms of Use that were in effect and were linked to the Site at the time of Ms. McCullagh's September 29, 2024, interaction with the Site are attached hereto as Exhibit B. Below are screenshots of: (1) the notice of the mandatory arbitration provision and the class action waiver that was on page one of the Terms of Use that

Page 4 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
319665442v.1

Wilson Elser Moskowitz Edelman & Dicker LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

were in effect and linked to the Site at the time of Ms. McCullagh's September 29, 2024, interaction with the Site; and (2) relevant portions of the mandatory arbitration provision at section five of in the Terms of Use that were in effect and linked to the Site at the time of Ms. McCullagh's September 29, 2024, interaction with the Site.

Screenshot of the notice of the arbitration provision and the class action waiver:

**Notice of Agreement to Arbitrate and Class Action Waiver**

By accepting these Terms, you agree to the agreement to arbitrate and class action waiver contained in Section 5 of these Terms below.

Screenshot of relevant portions of the mandatory arbitration provision and class action waiver at section five of the Terms of Use:

**5. AGREEMENT TO ARBITRATE**

You and we each agree that any and all disputes or claims with or against any party that relate to or arise from your use of or access to the Website, or any products or services sold, offered, or purchased through the Website shall be resolved exclusively through final and binding arbitration, rather than in court, except that you may assert claims in small claims court, if your claims qualify. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate section (this "Agreement to Arbitrate").

**Prohibition of Class and Representative Actions and Non-Individualized Relief**

You and we agree that each of us may bring claims that relate to or arise from your use of or access to the Website, or any products or services sold, offered, or purchased through the Website only on an individual basis and not as a plaintiff or class member in any purported class or representative action or proceeding, including but not limited to actions under the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. or the California Invasion of Privacy Act, Cal. Penal Code § 630 et seq. Unless both parties agree otherwise, the arbitrator may not preside over any form of a consolidated, class, or representative proceeding or otherwise consolidate or join claims from more than one person or party. The arbitrator may grant injunctions or other relief, including monetary, and declaratory relief, only in favor of the individual party seeking such relief and only to such extent as may be necessary to provide relief necessitated by that party's individual claim(s). No relief awarded shall affect our other users.

**Arbitration Procedures**

The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute arising out of or relating to the interpretation, applicability, enforceability or formation of this Agreement to Arbitrate, any part of it, or of this Agreement including, but not limited to, any claim that all or any part of the Agreement to Arbitrate or this Agreement is void or voidable.

9. As it relates to Ms. McCullagh's September 29, 2024, interaction with the Site, Interest Media's database reflects that "valintino1951@gmail.com" was entered into the email field on the Site and that the "Continue" button was hit. The IP address that was automatically recorded in Interest Media's database in connection with Ms. McCullagh's September 29, 2024, interaction with the Site was 131.150.126.113, an IP address that publicly available online resources trace back to Lakeview, Oregon, the city that prior Oregon state court records identify

Page 5 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
319665442v.1

Wilson Elser Moskowitz Edelman & Dicker LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

as Ms. McCullagh's city of residence (see Exhibits A and B to the declaration of Rachel A. Robinson). Below is a screenshot of the IP details for IP address 131.150.126.113 from WhatIsMyIPAddress.com (the search was conducted on September 8, 2025):



10. At the time of Ms. McCullagh's September 29, 2024, interaction with the Site, after a user entered their email address into the email field and clicked the "Continue" button, indicating their acceptance of the Terms of Use, new pages would appear which had fields for the user to enter additional personal information, including their first name, last name, phone number, address (street address, state, and zip code), gender, and date of birth.

11. Interest Media's database reflects that the following information was entered into fields on those pages of the Site in connection with Ms. McCullagh's September 29, 2024, interaction with the Site:

First Name: Sharon

Last Name: McCullagh

Phone Number: 5414172942

Page 6 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
319665442v.1

Wilson Elser Moskowitz Edelman & Dicker LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

Street Address: 1063 S K St

State: OR

Zip code: 97630

Gender: Female

As noted above, Interest Media's database also reflects that a complete birthday (day, month, and year) in 1951 also was provided. That full date is not being provided to protect Ms. McCullagh's privacy.

Ms. McCullagh could not have reached the pages to enter this information on the Site without clicking the "Continue" button discussed in paragraph 7, above.

12.    At the time of Ms. McCullagh's September 29, 2024, interaction with the Site, after a user entered their personal information into the fields on those additional pages and clicked another "Continue" button, the user would be asked a series of survey questions. The survey questions covered a number of topics, such as brands the user had purchased within a certain period of time, whether the user had certain medical conditions, and the user's Medicare status.

13.    One of the survey questions that was asked in connection with Ms. McCullagh's September 29, 2024, interaction with the Site was:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 7 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
319665442v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019



Immediately below those five green buttons was the following language:

By clicking "Medicare Parts A&B" "Medicare Supplement" "Medicare Advantage" or "Medicare & Medicaid", I provide my express written consent via this webform to initiate a chat interaction for a licensed sales agent associated with SmartMatch Insurance Agency LLC to contact me via chat, text, or call at 5414172942, even if the phone number provided is on the National Do Not Call registry, regarding products or services, including Medicare Supplement, Medicare Advantage, Prescription Drug insurance plans, and other health-related services. I consent to being contacted via chat, a live, automated dialing system telephone call, SMS text, or email. I understand this request has been initiated by me and that this is an unscheduled contact request where I am requesting information immediately. I understand my telephone company may impose charges on me for these contacts and am not required to enter into this agreement as a condition of any purchase or service. I further understand that this request, initiated by me, is my affirmative consent to be contacted which is in compliance with all federal and state telemarketing and Do-Not-Call laws. Licensed Sales Agents are not connected with or endorsed by the U.S. government or the federal Medicare program. I agree to the Privacy Policy and Terms of Use. Please note this is a solicitation for insurance. No obligation to enroll.

Page 8 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
319665442v.1

Wilson Elser Moskowitz Edelman & Dicker LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

The blue "Terms of Use" in the third to last sentence of that paragraph was once again a hyperlink to the Terms of Use attached to this declaration as Exhibit B.

14. The information that was automatically recorded in Interest Media's database as it relates to Ms. McCullagh's September 29, 2024, interaction with the Site is that the "Medicare Advantage" button was selected in response to the question in paragraph 13, above.

15. Interest Media's database reflects that a lead with Ms. McCullagh's contact information was provided to SmartMatch in connection with Ms. McCullagh's September 29, 2024, interaction with the Site (see Exhibit A, "market_place" field, identifying SmartMatch, and "url_lead_status" field; "Matched" in the "url_lead_status" field indicates that SmartMatch accepted the lead). Information in Interest Media's database indicates that the lead was automatically provided to SmartMatch in real time, meaning it was provided to SmartMatch right after McCullagh's interaction with the Site.

16. Interest Media did not place any calls or texts to Ms. McCullagh on behalf of SmartMatch in connection with that lead and did not hire anyone to place any such calls or texts to Ms. McCullagh in connection with that lead.

17. Interest Media has no record of receiving written notice from Ms. McCullagh opting out of either the arbitration provisions or the class action waivers in the Terms of Use.

18. To provide independent validation of user interactions with the webforms on the Site, Interest Media utilizes the TCPA Guardian solution service from Verisk (formerly Jornaya), an independent third-party software provider that validates the events that take place on the submission pages. This is done by Interest Media adding JavaScript coding to the webpage where a form is displayed.

/ / /

Page 9 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
319665442v.1

Wilson Elser Moskowitz Edelman & Dicker LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

19. Interest Media has possession of the Jornaya Guardian TCPA Report for Ms. McCullagh's September 29, 2024, interaction with the Site. A true and correct copy of that report is attached hereto as Exhibit C.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: September __12__, 2025

_____
Jeremy Matthew Hoggatt

Page 10 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
319665442v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019