| user_id | traffic_source_id | traffic_source_name | campaign_id | campaign_slug | campaign_name | t1 |
|---|---|---|---|---|---|---|
| 214576323 | 330 | Point2Web | 19978 | p2cqu | Point2Web - FSPU - Social - Surprise Box | 5962_1202123757961206 73 |

| domain | user_created_on | stats_date | user_email_address | user_first_name |
|---|---|---|---|---|
| FreesamplesProUsa | 2024-09-30 06:56:10.000 | 2024-09-30 | valintino1951@gmail.com | Sharon |

| user_last_name | user_mobile | user_gender | user_dob | user_address | user_zip_code | user_state_code |
|---|---|---|---|---|---|---|
| McCullagh | 5414172942 | Female | 1951-▮ | 1063 S K St | 97630 | OR |

| ip_address | is_optin | journaya_id | trusterd_form_cert_url | offer_name |
|---|---|---|---|---|
| 131.150.126.113 | 1 | B7781559-8002-272C-7562-A140064519EB | https://cert.trustedform.com/7cf40cff0c3d3e64b19231daa11713d15f0ea78a | SVG - Medicare Implicit - Dynamic Preping |

| offer_unique_id | market_place | advertiser_name | category_id | category_name | request_url | responce_url |
|---|---|---|---|---|---|---|
| 5f16f4c3-0dca-468d-9ac3-d1dfb1924ecc | SmartMatch Insurance Agency LLC | Spring Venture Group | 231 | Medicare Insurance | https://leads.springinsurancesolutions.com/apiJSON.php? | "{\"response\":{\"status\":\"Matched\",\"lead_id\":\"2498986825\"}}" |

| request_data | url_lead_status | lead_id | encryption_key |
|---|---|---|---|
| "{\"Request\":{\"Key\":\"dad6ea96c39273351086ca46f7577d2eb0a14cc7c224652044b1415f200ec1f1\",\"API_Action\":\"pingPostLead\",\"Mode\":\"post\",\"TYPE\":\"67\",\"SRC\":\"IMIMP\",\"Landing_Page\":\"https:\\\/\\\/30.freesamplesprousa.com\",\"IP_Address\":\"131.150.126.113\",\"First_Name\":\"Sharon\",\"Last_Name\":\"McCullagh\",\"Address\":\"1063 S K St\",\"City\":\"Lakeview\",\"State\":\"OR\",\"Zip\":\"97630\",\"Day_Phone\":\"5414172942\",\"Email\":\"valintino1951@gmail.com\",\"Age\":73,\"DOB\":"██████████ 1951\",\"trustedformtoken\":\"https:\\\/\\\/cert.trustedform.com\\\/7cf40cff0c3d3e64b19231daa11713d15f0ea78a\",\"leadidtoken\":\"B7781559-8002-272C-7562-A140064519EB\",\"Sub_ID\":\"330_p2cqu\",\"Format\":\"JSON\",\"Lead_ID\":\"2498986825\"}}" | Matched | 1052377182 | AQIDAHgEDFTBuKbXYbKehPjw4g0VMpN78zpUFbk7qGD72+TrkwHjh4ygCSTzom5K0nTExXP2AAAAfjB8BgkqhkiG9w0BBwagbzBtAgEAMGgGCSqGSIb3DQEHATAeBglghkgBZQMEAS4wEQQM+MyUQA8z+/5s8KF4AgEQgDs46f3zQTtWVgbaTOEGv+rLVbyxyn8eCJbjzt+D/LwloqJy/6vqRsBvyI8D79w1enySiJJnN3mdSVjcMg== |