

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

EXHIBIT C
Page 1 of 10

**Guardian TCPA Report**

**Prepared for Spring Venture Group**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center. Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY
INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

EXHIBIT C
Page 2 of 10

| Lead Event Information: | |
|---|---|
| Universal LeadiD | B7781559-8002-272C-7562-A140064519EB |
| Event Date | 09/30/2024 |
| Event Time | 02:55:41 AM EDT |
| IP Address | 131.150.126.113 |

| Disclosure Information: | |
|---|---|
| Query Date | 09/30/2024 |
| Query Time | 02:13:29 AM CDT |
| Labeled TCPA Disclosure Statement captured at the lead event: | B- BENEFITSTEAMB- BIOLOGISTICSC- CLIENT CONSENTG- GLUTALITYP- PUREWAY HEALTHQ- QUEST HEALTH SOLUTIONSV- VAST MEDICAL GROUP |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY SELECTING "YES", I PROVIDE MY SIGNATURE EXPRESSLY CONSENTING TO CONTACT FROM SELECT MARKETING PARTNERS AT THE NUMBER 5414172942 I PROVIDED REGARDING PRODUCTS OR SERVICES VIA LIVE, AUTOMATED OR PRERECORDED TELEPHONE CALL, TEXT OR EMAIL, EVEN IF THAT NUMBER IS ON ANY LOCAL, STATE OR NATIONAL "DO NOT CALL" LIST. I EXPRESSLY CONSENT TO THESE TELEPHONE CALLS BEING MONITORED OR RECORDED. I UNDERSTAND THAT MY TELEPHONE COMPANY MAY IMPOSE CHARGES ON ME FOR THESE CONTACTS, AND I AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE. I UNDERSTAND I CAN REVOKE THIS CONSENT AT ANY TIME THROUGH ANY REASONABLE MEANS. I AGREE TO THE PRIVACY POLICY AND TERMS OF USE INCLUDING MANDATORY ARBITRATION. |
| Labeled TCPA Disclosure Statement captured at the lead event: | A- AGENT BOOST MARKETINGA- AMERILIFE LLCA- ANDREWS WHARTON INC.A- ARAGON- ADVERTISING LLCC- CEGE MEDIAC- CONNECTING THE DOTS LLCC- COVER CARE INSURANCE SERVICES LLCD- DIGITAL MARKET MEDIAF- FAMILY FIRST LIFEG- GUIDETOINSUREH- HEALTH PLAN ADVOCATESI- INSUREALIFEI- INSUREALIFEI- INTEGRITY MARKETING GROUPL- LENDMARXM- MEDICARE ADVOCATESM- MY LIFE INSURANCEN- NATIONAL HEALTH ADVISORSN- NORTH STAR MUTUAL INSURANCE CO.N- NORTH STAR INSURANCE ADVISORS LLCP- POLICY SCOUTP- POLICYSCOUTP- PREMIUM CHOICE INSURANCE SERVICESR- RETIREMENT ADVOCATEST- TAYLORED LEGACYT- THE HEALTH SCOUT |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

EXHIBIT C
Page 3 of 10

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | A- ACCIDENT HELPLINEC- CARCOLLISIONLAWYER.NETL- LIBERTY AID NETWORKN- NATIONAL CAPITAL ADVISORST- THE ACCIDENT HELPERT- THE ACCIDENT OFFICEY- YOUR BEST LEADS |
| Labeled TCPA Disclosure Statement captured at the lead event: | I- INQUIRIES.IOV- VICTIMS JUSTICE LEAGUE |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "YES" BELOW, YOU EXPRESSLY CONSENT TO RECEIVE MARKETING CALLS AND TEXTS FROM OR ON BEHALF OF THE MEDICAL ALERT CENTER AND SELECT MARKETING PARTNERS INCLUDING CALLS AND TEXTS MADE USING AN AUTODIALER, AN AUTOMATED SYSTEM FOR THE SELECTION OR DIALING OF NUMBERS, OR AN ARTIFICIAL OR PRERECORDED VOICE—TO THE PHONE NUMBER 5414172942 YOU PROVIDED. YOUR CONSENT IS NOT REQUIRED TO OBTAIN ANY GOODS OR SERVICES. BY CLICKING "YES", YOU ALSO AGREE TO OUR PRIVACY POLICY AND TERMS OF USE—WITH AN ARBITRATION AGREEMENT AND CLASS ACTION WAIVER. |
| Labeled TCPA Disclosure Statement captured at the lead event: | A- ALPINE HEALTH ADVISORSE- EXACTCARE PHARMACY |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY SELECTING ANY OF THE EMPLOYMENT OPTIONS, I PROVIDE MY SIGNATURE EXPRESSLY CONSENTING TO CONTACT FROM NATIONAL HEALTH ADVISORS, THE HEALTH SCOUT, CITIZENS DISABILITY, NATIONAL DISABILITY AND SELECT MARKETING PARTNERS AT THE NUMBER 5414172942 I PROVIDED REGARDING PRODUCTS OR SERVICES VIA LIVE, AUTOMATED OR PRERECORDED TELEPHONE CALL, TEXT OR EMAIL, EVEN IF THAT NUMBER IS ON ANY LOCAL, STATE OR NATIONAL "DO NOT CALL" LIST. I EXPRESSLY CONSENT TO THESE TELEPHONE CALLS BEING MONITORED OR RECORDED. I UNDERSTAND THAT MY TELEPHONE COMPANY MAY IMPOSE CHARGES ON ME FOR THESE CONTACTS, AND I AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE. I UNDERSTAND I CAN REVOKE THIS CONSENT AT ANY TIME THROUGH ANY REASONABLE MEANS. I AGREE TO THE PRIVACY POLICY AND TERMS OF USE INCLUDING MANDATORY ARBITRATION. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

EXHIBIT C
Page 4 of 10

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | BY SELECTING "YES, I HAVE DIABETES" OR "YES, SOMEONE I KNOW", I PROVIDE MY SIGNATURE CONSENTING TO CONTACT FROM SELECT MARKETING PARTNERS AT THE NUMBER 5414172942 REGARDING PRODUCTS OR SERVICES VIA LIVE, AUTOMATED OR PRERECORDED TELEPHONE CALL, TEXT, OR EMAIL, EVEN IF THAT NUMBER IS ON ANY LOCAL, STATE OR NATIONAL , "DO NOT CALL" LIST. I CONSENT TO THESE TELEPHONE CALLS BEING MONITORED OR RECORDED. I UNDERSTAND THAT MY TELEPHONE COMPANY MAY IMPOSE CHARGES ON ME FOR THESE CONTACTS, AND I AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE. I UNDERSTAND I CAN REVOKE THIS CONSENT AT ANY TIME. I ALSO AGREE TO THE PRIVACY POLICY AND TERMS OF USE OF THIS WEBSITE INCLUDING MANDATORY ARBITRATION. |
| Labeled TCPA Disclosure Statement captured at the lead event: | A- AUDIEN LLCM- MED GUARDS- SUPPORT FIRST |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "YES", I PROVIDE MY SIGNATURE EXPRESSLY CONSENTING TO CONTACT FROM SELECT MARKETING PARTNERS AT THE NUMBER 5414172942 I PROVIDED REGARDING PRODUCTS OR SERVICES VIA LIVE, AUTOMATED OR PRERECORDED TELEPHONE CALL, TEXT OR EMAIL, EVEN IF THAT NUMBER IS ON ANY LOCAL, STATE OR NATIONAL "DO NOT CALL" LIST. I EXPRESSLY CONSENT TO THESE TELEPHONE CALLS BEING MONITORED OR RECORDED. I UNDERSTAND THAT MY TELEPHONE COMPANY MAY IMPOSE CHARGES ON ME FOR THESE CONTACTS, AND I AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE. I UNDERSTAND I CAN REVOKE THIS CONSENT AT ANY TIME THROUGH ANY REASONABLE MEANS. I AGREE TO THE PRIVACY POLICY AND TERMS OF USE INCLUDING MANDATORY ARBITRATION. |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "GET SAMPLES", I AM CONFIRMING THAT ALL THE INFORMATION PROVIDED IS ACCURATE AND CAN BE UTILIZED TO CONTACT ME. I ALSO PROVIDE MY SIGNATURE CONSENTING TO CONTACT FROM TVM, NATIONAL CAPITAL ADVISORS, NATIONAL HEALTH ADVISORS, UNIFIED MARKETING PARTNERS LLC OR ITS SUBSIDIARIES, AFFILIATES, OR AGENTS AND UP TO 30 OF ITS MARKETING PARTNERS AT THE NUMBER I PROVIDED REGARDING PRODUCTS OR SERVICES VIA LIVE, AUTOMATED OR PRERECORDED TELEPHONE CALL, TEXT, OR EMAIL, EVEN IF THAT NUMBER IS ON ANY LOCAL, STATE OR NATIONAL "DO NOT CALL" LIST. I CONSENT TO THESE TELEPHONE CALLS BEING MONITORED OR RECORDED. I UNDERSTAND THAT MY TELEPHONE COMPANY MAY IMPOSE CHARGES ON ME FOR THESE CONTACTS, AND I AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE. I CAN REVOKE THIS CONSENT BY NOTIFYING US VIA WEBFORM LOCATED HERE. I AGREE TO THE TERMS OF USE INCLUDING MANDATORY ARBITRATION AND THE PRIVACY POLICY. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

EXHIBIT C
Page 5 of 10

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "YES", I PROVIDE MY EXPRESS WRITTEN CONSENT VIA THIS WEBFORM TO INITIATE A CHAT INTERACTION FOR A LICENSED SALES AGENT ASSOCIATED WITH ALLIED INSURANCE, NATIONAL HEALTH ADVISORS, CEGE MEDIA, GUIDETOINSURE, INSUREALIFE, POLICYSCOUT, POLICY SCOUT, THE HEALTH SCOUT AND OTHER MARKETING PARTNERS TO CONTACT ME VIA CHAT, TEXT OR CALL AT 5414172942, EVEN IF THE PHONE NUMBER PROVIDED IS ON THE NATIONAL DO NOT CALL REGISTRY. I CONSENT TO BEING CONTACTED VIA CHAT, A LIVE, AUTOMATED DIALING SYSTEM TELEPHONE CALL, SMS TEXT, OR EMAIL. I UNDERSTAND THIS REQUEST HAS BEEN INITIATED BY ME AND THAT THIS IS AN UNSCHEDULED CONTACT REQUEST WHERE I AM REQUESTING INFORMATION IMMEDIATELY. I UNDERSTAND MY TELEPHONE COMPANY MAY IMPOSE CHARGES ON ME FOR THESE CONTACTS AND AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE OR SERVICE. I FURTHER UNDERSTAND THAT THIS REQUEST, INITIATED BY ME, IS MY AFFIRMATIVE CONSENT TO BE CONTACTED WHICH IS IN COMPLIANCE WITH ALL FEDERAL AND STATE TELEMARKETING AND DO-NOT-CALL LAWS. I AGREE TO THE PRIVACY POLICY AND TERMS OF USE INCLUDING MANDATORY ARBITRATION. PLEASE NOTE THIS IS A SOLICITATION FOR INSURANCE. NO OBLIGATION TO ENROLL. ANSWERING THE QUESTION WILL NOT IMPACT YOUR ABILITY TO ACCESS YOUR FREE SAMPLES, SWEEPSTAKES PRIZE PLAY, REWARD OPPORTUNITY OR FINANCIAL ASSISTANCE GUIDE. |
| Labeled TCPA Disclosure Statement captured at the lead event: | M- MEDGUARD ALERT & ITS AFFILIATESM- MEDIBUTTONT- THE MEDICAL ALERT CENTERW- WIRELESS MEDICAL ALERT |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

EXHIBIT C
Page 6 of 10

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING ANY OF THE ABOVE INSURANCE TYPE OPTIONS, I PROVIDE MY EXPRESS WRITTEN CONSENT VIA THIS WEBFORM INTERACTION FOR A LICENSED SALES AGENT ASSOCIATED WITH MED ADVANTAGE ADVISORS LLC, ENSUREM, NATIONAL HEALTH ADVISORS, PLATINUM CHOICE HEALTHCARE, ACA HELPLINE, DH INSURANCE GROUP, GOTHAM MEDICARE ADVISE, INTEGRIANT VENTURES INSURANCE SERVICES, AGENCY PRO & ELITE AGENCY AND AFFILIATES, MAYBERRY ADVISORS INSURANCE SERVICES AND AFFILIATES AND OUR SELECT MARKETING PARTNERS TO CONTACT ME AT 5414172942, EVEN IF THE PHONE NUMBER PROVIDED IS ON THE NATIONAL DO NOT CALL REGISTRY, REGARDING PRODUCTS OR SERVICES, INCLUDING MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE, PRESCRIPTION DRUG INSURANCE PLANS, AND OTHER HEALTH-RELATED SERVICES VIA LIVE, AUTOMATED DIALING SYSTEM TELEPHONE CALL, TEXT, OR EMAIL. I UNDERSTAND THIS REQUEST HAS BEEN INITIATED BY ME AND THAT THIS IS AN UNSCHEDULED CONTACT REQUEST. I UNDERSTAND MY TELEPHONE COMPANY MAY IMPOSE CHARGES ON ME FOR THESE CONTACTS AND AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE OR SERVICE. I FURTHER UNDERSTAND THAT THIS REQUEST, INITIATED BY ME, IS MY AFFIRMATIVE CONSENT TO BE CONTACTED WHICH IS IN COMPLIANCE WITH ALL FEDERAL AND STATE TELEMARKETING AND DO-NOT-CALL LAWS. LICENSED SALES AGENTS ARE NOT CONNECTED WITH OR ENDORSED BY THE U.S. GOVERNMENT OR THE FEDERAL MEDICARE PROGRAM. I AGREE TO THEPRIVACY POLICY AND TERMS OF USE. PLEASE NOTE THIS IS A SOLICITATION FOR INSURANCE. NO OBLIGATION TO ENROLL. PARTICIPATING SALES AGENCIES REPRESENT MEDICARE ADVANTAGE [HMO, PPO AND PFFS] ORGANIZATIONS AND STAND-ALONE PDP PRESCRIPTION DRUG PLANS THAT ARE CONTRACTED WITH MEDICARE. ENROLLMENT DEPENDS ON THE PLAN'S CONTRACT RENEWAL. ENROLLMENT IN THE DESCRIBED PLAN TYPE MAY BE LIMITED TO CERTAIN TIMES OF THE YEAR UNLESS YOU QUALIFY FOR A SPECIAL ENROLLMENT PERIOD. SCOPE OF APPOINTMENT - BY CLICKING ANY OF THE ABOVE INSURANCE TYPE OPTIONS YOU ALSO AGREE TO ALLOW THE ABOVE REFERENCED MARKETING PARTNERS TO DISCUSS MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE AND STAND-ALONE PRESCRIPTION DRUG PLANS AVAILABLE IN YOUR AREA, 48 HOURS FROM OBTAINING THE SCOPE OF APPOINTMENT. YOU ARE NOT OBLIGATED TO ENROLL IN A PLAN AND AGREEING TO THIS DOES NOT AFFECT YOUR CURRENT ENROLLMENT NOR WILL IT ENROLL YOU IN A MEDICARE ADVANTAGE PLAN. YOU ALSO AGREE AND UNDERSTAND THAT YOU MAY BE ASSISTED BY AN AFFILIATED AGENT AND/OR AGENCY OF ABOVE REFERENCED MARKETING PARTNERS. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

EXHIBIT C
Page 7 of 10

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | BY SELECTING "YES" ON ANY OF THE BELOW OPTIONS, I PROVIDE MY SIGNATURE EXPRESSLY CONSENTING TO CONTACT FROM NATIONAL CAPITAL ADVISORS AND SELECT MARKETING PARTNERS AT THE NUMBER 5414172942 I PROVIDED REGARDING PRODUCTS OR SERVICES VIA LIVE, AUTOMATED OR PRERECORDED TELEPHONE CALL, TEXT OR EMAIL, EVEN IF THAT NUMBER IS ON ANY LOCAL, STATE OR NATIONAL "DO NOT CALL" LIST. I EXPRESSLY CONSENT TO THESE TELEPHONE CALLS BEING MONITORED OR RECORDED. I UNDERSTAND THAT MY TELEPHONE COMPANY MAY IMPOSE CHARGES ON ME FOR THESE CONTACTS, AND I AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE. I UNDERSTAND I CAN REVOKE THIS CONSENT AT ANY TIME THROUGH ANY REASONABLE MEANS. I AGREE TO THE PRIVACY POLICY AND TERMS OF USE INCLUDING MANDATORY ARBITRATION. |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "MEDICARE PARTS A&B" "MEDICARE SUPPLEMENT" "MEDICARE ADVANTAGE" OR "MEDICARE & MEDICAID", I PROVIDE MY EXPRESS WRITTEN CONSENT VIA THIS WEBFORM TO INITIATE A CHAT INTERACTION FOR A LICENSED SALES AGENT ASSOCIATED WITH SMARTMATCH INSURANCE AGENCY LLC TO CONTACT ME VIA CHAT, TEXT, OR CALL AT 5414172942, EVEN IF THE PHONE NUMBER PROVIDED IS ON THE NATIONAL DO NOT CALL REGISTRY, REGARDING PRODUCTS OR SERVICES, INCLUDING MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE, PRESCRIPTION DRUG INSURANCE PLANS, AND OTHER HEALTH-RELATED SERVICES. I CONSENT TO BEING CONTACTED VIA CHAT, A LIVE, AUTOMATED DIALING SYSTEM TELEPHONE CALL, SMS TEXT, OR EMAIL. I UNDERSTAND THIS REQUEST HAS BEEN INITIATED BY ME AND THAT THIS IS AN UNSCHEDULED CONTACT REQUEST WHERE I AM REQUESTING INFORMATION IMMEDIATELY. I UNDERSTAND MY TELEPHONE COMPANY MAY IMPOSE CHARGES ON ME FOR THESE CONTACTS AND AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE OR SERVICE. I FURTHER UNDERSTAND THAT THIS REQUEST, INITIATED BY ME, IS MY AFFIRMATIVE CONSENT TO BE CONTACTED WHICH IS IN COMPLIANCE WITH ALL FEDERAL AND STATE TELEMARKETING AND DO-NOT-CALL LAWS. LICENSED SALES AGENTS ARE NOT CONNECTED WITH OR ENDORSED BY THE U.S. GOVERNMENT OR THE FEDERAL MEDICARE PROGRAM. I AGREE TO THE PRIVACY POLICY AND TERMS OF USE. PLEASE NOTE THIS IS A SOLICITATION FOR INSURANCE. NO OBLIGATION TO ENROLL. PARTICIPATING SALES AGENCIES REPRESENT MEDICARE ADVANTAGE [HMO, PPO AND PFFS] ORGANIZATIONS AND STAND-ALONE PDP PRESCRIPTION DRUG PLANS THAT ARE CONTRACTED WITH MEDICARE. ENROLLMENT DEPENDS ON THE PLAN'S CONTRACT RENEWAL. ENROLLMENT IN THE DESCRIBED PLAN TYPE MAY BE LIMITED TO CERTAIN TIMES OF THE YEAR UNLESS YOU QUALIFY FOR A SPECIAL ENROLLMENT PERIOD. SMID - MULTI-PLAN_JSIVH3IB2024_C |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

EXHIBIT C
Page 8 of 10

| Labeled TCPA Disclosure Statement captured at the lead event: | S- SENIOR ADVISING HEALTH |
|---|---|

CONFIDENTIAL & PROPRIETARY
INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

EXHIBIT C
Page 9 of 10

| Contributed Data | Data Provided by the Jornaya Client ("Contributed Data") for Verification | Verified by the Jornaya Service |
|---|---|---|
| First Name | Sharon | Yes |
| Last Name | McCullagh | Yes |
| Phone 1 | 541-417-2942 | Yes |
| Email | valintino1951@gmail.com | Yes |

This table is a summary of the fields and associated values provided by a Jornaya client for verification by Guardian. Guardian captures data associated with the interactions the consumer took with each listed field and if applicable, the data the consumer entered into those fields, and encrypts the captured data entered by the consumer using a secure one-way hashing methodology. When a client purchases a lead from a lead seller with a unique Universal LeadiD associated with that lead, and proactively provides certain data associated with the lead ("Contributed Data") for which verification is requested, Guardian is able to verify if that Contributed Data matched to the encrypted, hashed value of the data that Guardian captured from the original lead event. This provides a client with verification that certain Contributed Data values were entered by the consumer at the original lead event. Data can be verified in the following ways: a match to data entered in form fields, a match to a pre-populated value, and/or a match observed in the parameters of the URL.

**Visual Playback Link:**

https://vp.leadid.com/playback/B7781559-8002-272C-7562-A140064519EB/1727680409.969?key=1727679388208

CONFIDENTIAL & PROPRIETARY
INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

EXHIBIT C
Page 10 of 10