**George S. Pitcher, OSB #963982**
George.Pitcher@wilsonelser.com
**Rachel Robinson, OSB #084550**
Rachel.Robinson@wilsonelser.com
**Maryn Sommerfeldt, OSB #244842**
Maryn.Sommerfeldt@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030
Facsimile: 971.352.3019

*Attorneys for Defendant Interest Media, Inc.*

Hon. Mark D. Clarke

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **SHARON MCCULLAGH,**<br><br>Plaintiff,<br><br>vs.<br><br>**SMARTMATCH INSURANCE AGENCY, LLC,** and **INTEREST MEDIA, INC.,**<br><br>Defendants. | Case No. 1:25-cv-00174-CL<br><br>DECLARATION OF RACHEL ROBINSON IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS |

I, Rachel Robinson, declare:

1.    I am one of the attorneys for Defendant Interest Media, Inc. and make this declaration in support of Defendants' Motions to Compel Arbitration and Stay Proceedings and to Strike Class Allegations. I make this declaration based upon personal knowledge and I am competent to testify to matters stated herein.

Page 1 – DECLARATION OF RACHEL ROBINSON IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
319669075v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

2. Attached as Exhibit A is a true and correct copy of a Petition for Restraining Order to Prevent Abuse of Elderly Person or Person with Disabilities, dated December 27, 2021, that was entered was in *Sharon McCullagh v. Jesse Kimball*, Lake County Circuit Court Case No. 21P012838. The Petition states that it was submitted by Ms. McCullagh and provides the fowling address for Ms. McCullagh: 1063 South K Street, Lakeview OR 97630.

3. Attached as Exhibit B is a true and correct copy of a Small Claims Complaint, dated June 3, 2022, that was entered in *Sharon McCullagh v. Christina McLane*, Lake County Circuit Court Small Claims Department Case No. 22SC14561. The Small Claims Complaint indicates that it was signed by Ms. McCullagh and provides the fowling address for Ms. McCullagh: 1063 South K Street, Lakeview OR 97630.

4. The Oregon Secretary of State publishes population data for Oregon cities on the Oregon Secretary of State website. The data, which is available at https://sos.oregon.gov/blue-book/Pages/local/city-population.aspx#InplviewHashc076b417-114c-41b6-bb51-0466878aec21=SortField%3DCity-SortDir%3DAsc, indicates that the estimated population of Lakeview, Oregon in 2020 was 2,424, and that there was a 0.9 percent decrease in the estimated population of Lakeview, Oregon in 2024, making the estimated population 2,403 in 2024. The Oregon Secretary of State website indicates that the data on the website comes from Portland State University's Population Research Center ("the Population Research Center"). A true and correct copy of the city data from Population Research Center's 2024 Certified Population Estimate, which is available at https://www.pdx.edu/population-research/, is attached hereto as Exhibit C.

/ / /

/ / /

Page 2 – DECLARATION OF RACHEL ROBINSON IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
319669075v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

5.  Attached as D is a true and correct copy of correspondence that was produced by Defendant SmartMatch Insurance Agency, LLC in response to discovery requests from Plaintiff Sharon McCullagh in this case.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED: September 12, 2025

_s/ Rachel Robinson_
Rachel Robinson, OSB #084550

Page 3 – DECLARATION OF RACHEL ROBINSON IN SUPPORT OF DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
319669075v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019