Verified Correct Copy of Original 12/27/2021

IN THE CIRCUIT COURT OF THE STATE OF OREGON
COUNTY OF __LAKE__

Sharon McCulloch (See CIF) _____ )
Petitioner                  (date of birth) )
(name of person to be protected)            )
                                            )     PETITION FOR RESTRAINING ORDER
☐ by and through his/her Guardian Petitioner: ) TO PREVENT ABUSE OF ELDERLY
                                            )     PERSON OR PERSON WITH DISABILITIES
_____             )
(name of Guardian Petitioner)               )
         v.                                 )     Case No. 21PO12838
                                            )
Jesse Kimball ___ (See CIF) _____     )
Respondent              (date of birth)     )
(person to be restrained)                   )

---

### NOTICE TO PETITIONER

You must provide complete and truthful information. If you do not, the court may dismiss any restraining order and may also hold you in contempt.

**Contact Address:** If you wish to have your residential address or telephone number withheld from Respondent, use a contact address and telephone number so the court and the sheriff can reach you if necessary.

---

*(Check one):*

☑ I am the **Petitioner** and reside in __LAKE__ County, state of __Oregon__. I state that the information provided below is true:

   *or*

☐ I am the **Guardian Petitioner** The elderly person or person with disabilities on whose behalf I am filing this petition is (Name) _____ who is a resident of _____ County, state of _____. I am the ☐ guardian ☐ guardian ad litem for the named elderly person or person with disabilities. I state that the information provided below is true:

**Respondent** is a resident of __Lake__ County, state of __Oregon__

---

**GUARDIAN PETITIONERS:** THROUGHOUT THIS FORM, INFORMATION IS PROVIDED FOR AND REQUESTED ABOUT THE ELDERLY OR DISABLED PERSON YOU REPRESENT. AS A GUARDIAN PETITIONER, YOU ARE TO PROVIDE INFORMATION, <u>NOT ABOUT YOURSELF</u>, BUT ABOUT THE ELDERLY OR DISABLED PERSON ON WHOSE BEHALF YOU ARE SEEKING A RESTRAINING ORDER.
Provide information about yourself as "guardian petitioner" only where specifically requested.

---

PETITION FOR RESTRAINING ORDER TO PREVENT ABUSE OF ELDERLY PERSON OR PERSON WITH DISABILITIES - Page 1 of 4
(EPPDAPA 8/2016)

*Verified Correct Copy of Original 12/27/2021*

Check and fill out the section that applies to you:

☑ I am 65 years of age or older. I am __70__ years of age.
☐ I am a person with disabilities. Explain the nature of the mental or physical disability: __I have Stage 4 emphysema, my right shoulder has been replaced.__

1.  CHECK AND FILL ANY SECTION(S) that apply to you and respondent.

    ☐ A. Respondent and I have been living together since _____ (date).
    ☐ B. Respondent and I lived together from _____ (date) to _____ (date).
    ☑ C. I have been under the care of respondent since __May 2021__ (date).
    ☐ D. I was under the care of respondent from __May 2021__ (date) to __Oct 2021__ (date).
    ☐ E. None of the above.

2.  To qualify for a restraining order, respondent must have done one or more of the following. <u>Within the last 180 days, respondent has:</u>

    ☑ A. Caused me physical injury by other than accidental means.
    ☐ B. Attempted to cause me physical injury by other than accidental means.
    ☑ C. Placed me in fear of immediate serious physical injury.
    ☑ D. Caused me physical harm by withholding services necessary to maintain my health and well-being.
    ☑ E. Abandoned or deserted me by withdrawing or neglecting to perform duties and obligations.
    ☐ F. Willfully inflicted me with physical pain or injury.
    ☑ G. Used derogatory or inappropriate names, phrases or profanity, ridicule, harassment, coercion, threats, cursing, intimidation or inappropriate sexual comments or conduct of such a nature as to place me in fear of significant physical or emotional harm.
    ☑ H. Wrongfully taken or appropriated my money or property, or alarmed me by conveying a threat to me that my money or property would be wrongfully taken or appropriated, which threat I reasonably believed would be carried out.
    ☐ I. Had nonconsensual sexual contact with me or sexual contact to which I was incapable of consenting.

3.  Any period of time after the abuse occurred during which respondent was incarcerated (in jail or prison) or lived more than 100 miles from your home is not counted as part of the 180-day period, and you may still be eligible for a restraining order. Respondent was incarcerated from _____ *(date)* to _____ *(date)*.

    Respondent lived more than 100 miles from my home from _____ *(date)* to _____ *(date)*.

4.  Did the abuse happen within the last 180 days not including the times Respondent was incarcerated (in jail or prison) or lived more than 100 miles from your home? ☐ Yes ☐ No *(Check one)*
    Date and location of abuse: _____

**PETITION FOR RESTRAINING ORDER TO PREVENT ABUSE OF ELDERLY PERSON OR PERSON WITH DISABILITIES** - Page 2 of 4
(EPPDAPA 8/2016)

Verified Correct Copy of Original 12/27/2021.

How did respondent injure or threaten to injure you? The respondent constantly walks through the house calling names and one night I went to get my stuff out of my spare room & he grabbed my right shoulder and hurt me

5. Are there incidents other than those described in question 4 above in which respondent injured or threatened to injure you? If yes, explain: No.

6. I am in immediate and present danger of further abuse by respondent because: He has showed a violent temper to me, my healthcare worker is afraid of him.

7. In any of the above incidents:
Were drugs, alcohol, or weapons involved? ☐ Yes ☒ No (Check one)
Did you need medical help? ☐ Yes ☒ No (Check one)
Were the police or the courts involved? ☒ Yes ☐ No (Check one)
If you have checked yes to any of the above questions, explain: Police have been called on several occasions and they do nothing

8. A. There ☐ is ☒ is not another Elderly Persons and Persons With Disabilities Abuse Prevention Act, Family Abuse Prevention Act, or Stalking Order proceeding pending between respondent and me. It is filed in _____ County, State of _____, and I am the ☐ Petitioner ☐ Respondent in that case (check one). The case number of the case is: _____

B. There ☐ is ☒ is not another lawsuit pending between respondent and me for divorce, annulment, or legal separation. If yes, type of lawsuit: _____.
It is filed in _____ County, State of _____.

C. There ☐ is ☒ is not a guardianship, conservatorship, or other protective proceeding pending in which either the respondent or I is a party. If yes, type of lawsuit: _____.
It is filed in _____ County, State of _____.

9. Respondent may be required to move from your residence if: (a) it is in your sole name; (b) if it is jointly owned or rented by you and Respondent; or (c) if you and Respondent are married.
I ☒ do ☐ do not want Respondent to move from my residence.
My residence is: ☐ Owned ☐ Leased ☒ Rented by: Sharon McCullagh (name).

**PETITION FOR RESTRAINING ORDER TO PREVENT ABUSE OF ELDERLY PERSON OR PERSON WITH DISABILITIES** - Page 3 of 4
(EPPDAPA 8/2016)

EXHIBIT A
Page 3 of 4

**PETITIONER/GUARDIAN PETITIONER ASKS THE COURT TO ORDER HIS/HER REQUESTS AS MARKED ON THE ATTACHED RESTRAINING ORDER.**

PETITIONER/GUARDIAN PETITIONER MUST NOTIFY THE COURT OF ANY CHANGE OF ADDRESS. ALL NOTICES OF HEARING WILL BE SENT TO THIS ADDRESS AND DISMISSALS MAY BE ENTERED IF THE PETITIONING PARTIES DO NOT APPEAR AT A SCHEDULED HEARING.

If you wish to have a residential address or telephone number withheld from respondent, use a contact address and contact telephone number so the court and the sheriff can reach you if necessary.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and subject to penalty for perjury.

_Sharon McCullagh_ Date: _12/27/21_
Signature of ☒ Petitioner ☐ Guardian Petitioner

_Sharon McCullagh_
Print or Type Name of ☒ Petitioner ☐ Guardian Petitioner

---

If you wish to have your residential address or telephone number withheld from Respondent, use a contact address or telephone number so the Court and the Sheriff can reach you if necessary.

---

**Certificate of Document Preparation** You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply:

☒ I selected this document for myself and I completed it without paid assistance.
☐ I paid or will pay money to _____ for assistance in preparing this form.

**Submitted by:**

_Sharon McCullagh_
Print Name, ☒ Petitioner ☐ Guardian Petitioner ☐ Attorney for Petitioner/Guardian Petitioner    ☐ OSB No. (*if applicable*)

_1063 South 1st street_   _Lakeview OR, 97630_   _541-417-1614_
Address or Contact Address    City, State, Zip    Telephone or Contact Telephone Number
Use **safe** contact address        Use **safe** contact number

**PETITION FOR RESTRAINING ORDER TO PREVENT ABUSE OF ELDERLY PERSON OR PERSON WITH DISABILITIES** - Page 4 of 4
(EPPDAPA 8/2016)

EXHIBIT A
Page 4 of 4