FILED JUN 0 7 2022

_Verified Correct Copy of Original 6/8/2022_

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF __Lake__
**Small Claims Department**

Sharon McCullagh, Plaintiff

*(Inmate SID #, if applicable, _____)*

v.

Christina McLane

Defendant
☐ Defendant is a public body

Case No: 22SC14561

**SMALL CLAIM AND
NOTICE OF SMALL CLAIM**
Filing fee at ORS 46.570

☐ Subject to UTCR 5.180(3)
☐ Subject to ORS 646A.670(1) and UTCR 5.180(2)

**PLAINTIFF** (☐ Additional on attached page)

Name: Sharon McCullagh
Street: 1063 South K street
City / State / Zip: Lakeview, Ore. 97630
Phone: 541-417-1614
County: Lake

**DEFENDANT** (☐ Additional on attached page)

Name (enter Registered Agent, if necessary, on next page): Christina McLane
Street (do not use a P.O. Box): 505 N. J street
City / State / Zip: Lakeview, Oregon 97630
Phone: n/a
County: Lake

➢ *I need an interpreter:* ☐ Spanish ☐ Russian ☐ other: _____

I, Plaintiff, claim that on or about *(date)* 5/22/2018, the above-named defendants owed me the sum of (or property valued at) $ 8400.00 because she stole and totaled my 1996 Grand Cherokee Larado Jeep with rims worth $250.00 each, brand new $800.00 Tires, new stereo & all my CDs. My car was found by the police in an irrigation ditch with the dash and center cousel busted to pieces and the Rims & Tires gone and water covering the motor and Trans. She was arrested and found guilty in court. All my receipts were lost by the DA. This was cost 6700 00 and this amount is still due.

I have paid (or will pay):
    filing fees of $ _____
    and service costs of $ _____

Claim $ 8400.00
+ Fees $ _____
+ Costs $ _____
TOTAL $ _____

Small Claim and Notice of Small Claim
Page 1 of 3

*(Aug 2019)*

at this time I had evicted her for living at my home for 4 mo. For not paying any rent or utilities and stealing my personal posessions. She also had her 17 yr old daughter living there and let her drive my car, behind my back.

Verified Correct Copy of Original 6/8/2022.

_Verified Correct Copy of Original 6/8/2022_

## DECLARATION OF GOOD FAITH EFFORT

I, Plaintiff, have made a good faith effort to collect this claim from the defendants before filing this claim with the court clerk.

(Describe your efforts): When she went to court and found guily I was not awarded anything. I was told I would have to sue her / Police report 180126 I didn't get court papers Till 7/23/2019

If this case is subject to ORS 646A.670(1) *(see the box at the top of page 1)*
See the Oregon Judicial Department website for information about debt collection cases:
www.courts.oregon.gov/debtcollection

[X] I have complied with ORS 646A.670(1) and UTCR 5.180. A completed *Consumer Debt Collection Disclosure Statement* is attached and incorporated into this pleading as required by UTCR 5.180(2)(iii).

**I hereby declare that the above statements are true to the best of my knowledge and belief. I understand they are made for use in court and I am subject to penalty for perjury.**

6/3/2022
Date

Sharon McCullagh (signature)
Plaintiff Signature

Sharon McCullagh
Plaintiff Name (print)

DEFENDANT'S REGISTERED AGENT:

Name

Street (do not use a P.O. Box)

City / State / Zip

Phone                County