| Incorporated City/Town | Certified Estimate July 1, 2024 | Revised Estimate July 1, 2023 | Revised Estimate July 1, 2022 | Revised Estimate July 1, 2021 | Revised Estimate July 1, 2020 |
|---|---|---|---|---|---|
| Adair Village | 1,403 | 1,399 | 1,394 | 1,305 | 1,102 |
| Adams | 410 | 408 | 394 | 394 | 391 |
| Adrian | 157 | 157 | 158 | 157 | 157 |
| Albany | 57,777 | 57,390 | 56,747 | 56,703 | 56,470 |
| Amity | 1,835 | 1,833 | 1,833 | 1,832 | 1,786 |
| Antelope | 35 | 36 | 37 | 37 | 37 |
| Arlington | 678 | 678 | 670 | 652 | 642 |
| Ashland | 21,579 | 21,490 | 21,485 | 21,405 | 21,374 |
| Astoria | 10,131 | 10,130 | 10,129 | 10,155 | 10,208 |
| Athena | 1,226 | 1,220 | 1,220 | 1,216 | 1,209 |
| Aumsville * | 4,274 | 4,277 | 4,244 | 4,232 | 4,230 |
| Aurora | 1,131 | 1,134 | 1,131 | 1,133 | 1,133 |
| Baker City | 10,104 | 10,098 | 10,083 | 10,074 | 10,074 |
| Bandon | 3,592 | 3,591 | 3,503 | 3,407 | 3,390 |
| Banks | 1,864 | 1,864 | 1,787 | 1,803 | 1,832 |
| Barlow | 144 | 144 | 141 | 133 | 133 |
| Bay City * | 1,548 | 1,523 | 1,503 | 1,441 | 1,405 |
| Beaverton | 99,843 | 99,764 | 99,090 | 97,650 | 97,522 |
| Bend | 104,089 | 102,558 | 100,987 | 100,081 | 99,278 |
| Boardman * | 5,749 | 5,128 | 4,934 | 4,848 | 4,597 |
| Bonanza | 421 | 421 | 404 | 404 | 404 |
| Brookings | 6,829 | 6,918 | 6,828 | 6,771 | 6,746 |
| Brownsville | 1,830 | 1,823 | 1,832 | 1,698 | 1,697 |
| Burns | 2,693 | 2,705 | 2,708 | 2,730 | 2,731 |
| Butte Falls | 443 | 441 | 443 | 447 | 443 |
| Canby | 19,114 | 18,835 | 18,534 | 18,371 | 18,183 |
| Cannon Beach | 1,514 | 1,508 | 1,504 | 1,499 | 1,491 |
| Canyon City | 675 | 671 | 669 | 669 | 665 |
| Canyonville | 1,639 | 1,654 | 1,648 | 1,646 | 1,646 |
| Carlton | 2,414 | 2,391 | 2,311 | 2,267 | 2,222 |
| Cascade Locks | 1,412 | 1,408 | 1,406 | 1,398 | 1,391 |
| Cave Junction | 2,103 | 2,102 | 2,101 | 2,097 | 2,083 |
| Central Point | 19,363 | 19,165 | 19,115 | 19,105 | 19,045 |
| Chiloquin | 767 | 767 | 767 | 767 | 767 |
| Clatskanie | 1,791 | 1,765 | 1,755 | 1,717 | 1,716 |
| Coburg | 1,419 | 1,371 | 1,328 | 1,320 | 1,252 |
| Columbia City | 1,946 | 1,935 | 1,946 | 1,935 | 1,935 |
| Condon | 742 | 725 | 723 | 712 | 707 |
| Coos Bay | 16,093 | 16,090 | 16,002 | 15,986 | 15,985 |
| Coquille | 4,018 | 4,018 | 4,012 | 4,011 | 4,011 |
| Cornelius | 14,490 | 13,835 | 13,642 | 12,721 | 12,704 |
| Corvallis | 60,408 | 60,217 | 59,826 | 58,397 | 59,993 |
| Cottage Grove | 10,879 | 10,878 | 10,703 | 10,691 | 10,584 |
| Cove | 635 | 629 | 627 | 625 | 620 |
| Creswell | 5,735 | 5,685 | 5,673 | 5,631 | 5,644 |
| Culver | 1,645 | 1,644 | 1,628 | 1,613 | 1,599 |
| Dallas | 17,924 | 17,779 | 17,423 | 17,185 | 16,854 |
| Dayton | 2,665 | 2,695 | 2,694 | 2,689 | 2,678 |
| Dayville | 141 | 141 | 136 | 134 | 132 |

December 15, 2024
popest@pdx.edu

Prepared by:
Population Research Center
College of Urban and Public Affairs, Portland State University

EXHIBIT C
Page 1 of 5

| Incorporated City/Town | Certified Estimate July 1, 2024 | Revised Estimate July 1, 2023 | Revised Estimate July 1, 2022 | Revised Estimate July 1, 2021 | Revised Estimate July 1, 2020 |
|---|---|---|---|---|---|
| Depoe Bay | 1,547 | 1,546 | 1,536 | 1,528 | 1,517 |
| Detroit | 174 | 164 | 146 | 112 | 203 |
| Donald | 1,123 | 1,015 | 1,015 | 1,012 | 1,009 |
| Drain | 1,180 | 1,180 | 1,175 | 1,175 | 1,175 |
| Dufur | 646 | 637 | 637 | 637 | 632 |
| Dundee | 3,249 | 3,245 | 3,242 | 3,241 | 3,241 |
| Dunes City | 1,468 | 1,458 | 1,453 | 1,440 | 1,430 |
| Durham | 1,873 | 1,889 | 1,898 | 1,911 | 1,939 |
| Eagle Point | 9,866 | 9,759 | 9,744 | 9,725 | 9,690 |
| Echo* | 638 | 639 | 634 | 632 | 632 |
| Elgin | 1,806 | 1,806 | 1,744 | 1,715 | 1,716 |
| Elkton | 202 | 200 | 186 | 185 | 185 |
| Enterprise | 2,107 | 2,107 | 2,106 | 2,096 | 2,078 |
| Estacada * | 5,980 | 5,599 | 5,198 | 4,754 | 4,433 |
| Eugene | 177,155 | 176,993 | 176,248 | 174,854 | 176,759 |
| Fairview | 10,473 | 10,436 | 10,437 | 10,427 | 10,426 |
| Falls City | 1,138 | 1,120 | 1,107 | 1,133 | 1,056 |
| Florence | 9,598 | 9,567 | 9,547 | 9,522 | 9,404 |
| Forest Grove | 26,916 | 26,779 | 26,242 | 25,746 | 26,413 |
| Fossil | 450 | 450 | 448 | 448 | 448 |
| Garibaldi | 860 | 830 | 830 | 830 | 830 |
| Gaston | 676 | 676 | 676 | 676 | 676 |
| Gates | 573 | 565 | 552 | 478 | 547 |
| Gearhart * | 1,941 | 1,907 | 1,889 | 1,856 | 1,839 |
| Gervais | 2,724 | 2,770 | 2,728 | 2,600 | 2,589 |
| Gladstone | 11,944 | 12,013 | 11,997 | 11,989 | 11,987 |
| Glendale | 861 | 863 | 863 | 863 | 861 |
| Gold Beach | 2,396 | 2,389 | 2,364 | 2,359 | 2,350 |
| Gold Hill | 1,345 | 1,359 | 1,354 | 1,352 | 1,335 |
| Granite | 32 | 32 | 32 | 32 | 32 |
| Grants Pass | 39,572 | 39,518 | 39,413 | 39,328 | 39,249 |
| Grass Valley | 158 | 156 | 156 | 150 | 150 |
| Greenhorn | 3 | 3 | 3 | 3 | 3 |
| Gresham | 115,233 | 115,212 | 114,151 | 114,052 | 114,281 |
| Haines | 395 | 391 | 380 | 373 | 373 |
| Halfway | 363 | 354 | 354 | 351 | 351 |
| Halsey | 974 | 968 | 965 | 965 | 962 |
| Happy Valley | 27,637 | 26,237 | 25,633 | 24,609 | 23,941 |
| Harrisburg | 3,670 | 3,665 | 3,661 | 3,661 | 3,654 |
| Helix | 194 | 194 | 194 | 194 | 194 |
| Heppner | 1,199 | 1,201 | 1,196 | 1,194 | 1,194 |
| Hermiston | 20,177 | 20,061 | 19,727 | 19,500 | 19,440 |
| Hillsboro | 111,006 | 109,867 | 108,467 | 107,420 | 106,503 |
| Hines | 1,659 | 1,661 | 1,655 | 1,655 | 1,652 |
| Hood River | 8,574 | 8,503 | 8,410 | 8,333 | 8,327 |
| Hubbard | 3,385 | 3,382 | 3,409 | 3,439 | 3,476 |
| Huntington | 506 | 506 | 506 | 502 | 502 |
| Idanha | 156 | 156 | 156 | 156 | 156 |
| Imbler | 253 | 251 | 251 | 251 | 247 |

Prepared by Population Research Center                                            December 15, 2024
College of Urban and Public Affairs, Portland State University                     popest@pdx.edu
Population Research Center
College of Urban and Public Affairs, Portland State University

EXHIBIT C
Page 2 of 5

| Incorporated City/Town | Certified Estimate July 1, 2024 | Revised Estimate July 1, 2023 | Revised Estimate July 1, 2022 | Revised Estimate July 1, 2021 | Revised Estimate July 1, 2020 |
|---|---|---|---|---|---|
| Independence | 10,056 | 10,014 | 10,010 | 10,045 | 9,831 |
| Ione | 342 | 342 | 342 | 342 | 340 |
| Irrigon * | 2,345 | 2,339 | 2,328 | 2,297 | 2,292 |
| Island City | 1,146 | 1,144 | 1,144 | 1,144 | 1,144 |
| Jacksonville | 3,066 | 3,056 | 3,057 | 3,052 | 3,024 |
| Jefferson | 3,515 | 3,402 | 3,355 | 3,351 | 3,328 |
| John Day | 1,617 | 1,645 | 1,658 | 1,661 | 1,667 |
| Johnson City | 535 | 535 | 531 | 537 | 539 |
| Jordan Valley | 131 | 131 | 131 | 130 | 130 |
| Joseph | 1,182 | 1,166 | 1,166 | 1,166 | 1,164 |
| Junction City | 7,410 | 7,205 | 6,873 | 6,866 | 6,792 |
| Keizer | 39,249 | 39,180 | 39,174 | 39,133 | 39,442 |
| King City | 5,030 | 5,038 | 5,062 | 5,096 | 5,171 |
| Klamath Falls | 22,108 | 22,098 | 22,085 | 21,881 | 21,855 |
| La Grande | 12,818 | 12,817 | 12,869 | 12,813 | 13,029 |
| La Pine | 3,110 | 2,978 | 2,804 | 2,630 | 2,549 |
| Lafayette | 4,563 | 4,539 | 4,439 | 4,435 | 4,425 |
| Lake Oswego | 41,129 | 41,086 | 40,924 | 40,652 | 40,711 |
| Lakeside | 1,921 | 1,921 | 1,905 | 1,900 | 1,902 |
| Lakeview | 2,403 | 2,419 | 2,420 | 2,438 | 2,424 |
| Lebanon | 19,936 | 19,763 | 19,177 | 18,747 | 18,559 |
| Lexington | 244 | 244 | 238 | 238 | 238 |
| Lincoln City | 10,103 | 10,032 | 9,930 | 9,852 | 9,842 |
| Lonerock | 25 | 25 | 25 | 25 | 25 |
| Long Creek | 175 | 175 | 173 | 173 | 173 |
| Lostine | 243 | 243 | 243 | 243 | 243 |
| Lowell | 1,304 | 1,267 | 1,240 | 1,198 | 1,198 |
| Lyons | 1,230 | 1,218 | 1,216 | 1,207 | 1,207 |
| Madras | 7,982 | 7,954 | 7,833 | 7,664 | 7,558 |
| Malin | 736 | 736 | 731 | 731 | 731 |
| Manzanita | 648 | 642 | 619 | 608 | 604 |
| Maupin | 448 | 436 | 436 | 430 | 427 |
| Maywood Park | 829 | 829 | 829 | 829 | 829 |
| McMinnville | 34,774 | 34,734 | 34,099 | 33,946 | 34,447 |
| Medford * | 88,585 | 87,942 | 87,540 | 86,952 | 85,994 |
| Merrill | 854 | 849 | 822 | 825 | 822 |
| Metolius | 1,015 | 1,008 | 985 | 985 | 980 |
| Mill City | 2,063 | 2,068 | 1,998 | 2,009 | 1,997 |
| Millersburg | 3,214 | 3,153 | 3,108 | 3,066 | 2,921 |
| Milton-Freewater | 7,289 | 7,206 | 7,180 | 7,060 | 7,158 |
| Milwaukie | 21,408 | 21,206 | 21,191 | 21,186 | 21,180 |
| Mitchell | 138 | 138 | 138 | 138 | 138 |
| Molalla | 10,489 | 10,216 | 10,192 | 10,174 | 10,202 |
| Monmouth | 11,516 | 11,456 | 11,355 | 10,954 | 11,487 |
| Monroe | 722 | 722 | 722 | 646 | 647 |
| Monument | 113 | 115 | 115 | 115 | 115 |
| Moro | 375 | 373 | 373 | 369 | 369 |
| Mosier | 492 | 479 | 479 | 468 | 468 |
| Mt. Angel | 3,594 | 3,542 | 3,486 | 3,407 | 3,404 |

Population Research Center                                                  December 15, 2024
College of Urban and Public Affairs, Portland State University                  popest@pdx.edu
Population Research Center
College of Urban and Public Affairs, Portland State University

EXHIBIT C
Page 3 of 5

| Incorporated City/Town | Certified Estimate July 1, 2024 | Revised Estimate July 1, 2023 | Revised Estimate July 1, 2022 | Revised Estimate July 1, 2021 | Revised Estimate July 1, 2020 |
|---|---|---|---|---|---|
| Mt. Vernon | 549 | 551 | 549 | 549 | 549 |
| Myrtle Creek | 3,509 | 3,501 | 3,497 | 3,495 | 3,485 |
| Myrtle Point | 2,490 | 2,488 | 2,475 | 2,474 | 2,475 |
| Nehalem | 297 | 283 | 276 | 276 | 273 |
| Newberg | 26,249 | 25,731 | 25,514 | 25,340 | 25,152 |
| Newport | 10,623 | 10,565 | 10,558 | 10,472 | 10,363 |
| North Bend | 10,434 | 10,433 | 10,391 | 10,303 | 10,298 |
| North Plains | 3,815 | 3,655 | 3,451 | 3,447 | 3,444 |
| North Powder | 501 | 501 | 499 | 504 | 504 |
| Nyssa | 3,290 | 3,285 | 3,286 | 3,236 | 3,233 |
| Oakland | 951 | 947 | 943 | 935 | 932 |
| Oakridge | 3,167 | 3,199 | 3,198 | 3,196 | 3,193 |
| Ontario | 11,874 | 11,871 | 11,755 | 11,666 | 11,655 |
| Oregon City | 38,029 | 38,013 | 37,590 | 37,578 | 37,572 |
| Paisley | 246 | 248 | 250 | 248 | 250 |
| Pendleton | 16,996 | 16,929 | 16,837 | 17,145 | 17,124 |
| Philomath | 5,644 | 5,637 | 5,636 | 5,600 | 5,350 |
| Phoenix | 4,413 | 4,281 | 4,250 | 4,247 | 4,459 |
| Pilot Rock | 1,343 | 1,341 | 1,337 | 1,328 | 1,328 |
| Port Orford | 1,167 | 1,150 | 1,150 | 1,148 | 1,146 |
| Portland | 639,448 | 638,624 | 639,126 | 639,230 | 652,498 |
| Powers | 717 | 719 | 718 | 712 | 712 |
| Prairie City | 846 | 842 | 842 | 842 | 842 |
| Prescott | 84 | 84 | 84 | 84 | 82 |
| Prineville | 11,466 | 11,351 | 11,126 | 10,957 | 10,814 |
| Rainier | 1,939 | 1,929 | 1,920 | 1,914 | 1,912 |
| Redmond | 37,146 | 36,491 | 36,160 | 35,592 | 33,728 |
| Reedsport | 4,368 | 4,318 | 4,317 | 4,318 | 4,312 |
| Richland | 165 | 165 | 165 | 165 | 165 |
| Riddle | 1,234 | 1,231 | 1,226 | 1,215 | 1,215 |
| Rivergrove | 569 | 561 | 561 | 553 | 545 |
| Rockaway Beach | 1,512 | 1,509 | 1,496 | 1,477 | 1,459 |
| Rogue River | 2,419 | 2,410 | 2,441 | 2,441 | 2,409 |
| Roseburg | 23,876 | 23,817 | 23,820 | 23,729 | 23,713 |
| Rufus | 277 | 275 | 271 | 270 | 270 |
| Salem | 177,567 | 177,361 | 177,192 | 175,942 | 175,648 |
| Sandy | 12,933 | 12,911 | 12,683 | 12,660 | 12,643 |
| Scappoose | 8,231 | 8,179 | 8,038 | 8,011 | 8,013 |
| Scio | 962 | 959 | 959 | 959 | 956 |
| Scotts Mills | 456 | 447 | 435 | 429 | 424 |
| Seaside | 7,268 | 7,234 | 7,174 | 7,128 | 7,092 |
| Seneca | 171 | 172 | 165 | 165 | 165 |
| Shady Cove | 3,070 | 3,071 | 3,070 | 3,070 | 3,081 |
| Shaniko | 21 | 21 | 30 | 30 | 30 |
| Sheridan | 6,277 | 6,018 | 6,156 | 6,277 | 6,400 |
| Sherwood | 20,781 | 20,657 | 20,484 | 20,464 | 20,447 |
| Siletz | 1,234 | 1,228 | 1,230 | 1,230 | 1,230 |
| Silverton | 10,882 | 10,861 | 10,548 | 10,528 | 10,494 |
| Sisters | 3,738 | 3,658 | 3,451 | 3,264 | 3,106 |

Prepared by Population Research Center
College of Urban and Public Affairs, Portland State University
Population Research Center
College of Urban and Public Affairs, Portland State University

December 15, 2024
popest@pdx.edu

EXHIBIT C
Page 4 of 5

| Incorporated City/Town | Certified Estimate July 1, 2024 | Revised Estimate July 1, 2023 | Revised Estimate July 1, 2022 | Revised Estimate July 1, 2021 | Revised Estimate July 1, 2020 |
|---|---|---|---|---|---|
| Sodaville | 360 | 360 | 360 | 360 | 365 |
| Spray | 141 | 141 | 141 | 141 | 141 |
| Springfield | 62,996 | 62,377 | 62,262 | 61,973 | 61,857 |
| St. Helens | 14,492 | 14,383 | 14,223 | 14,238 | 14,067 |
| St. Paul | 440 | 440 | 437 | 434 | 434 |
| Stanfield | 2,295 | 2,268 | 2,244 | 2,174 | 2,153 |
| Stayton | 8,176 | 8,172 | 8,295 | 8,281 | 8,241 |
| Sublimity | 3,094 | 3,083 | 3,083 | 3,055 | 2,979 |
| Summerville | 117 | 117 | 117 | 119 | 119 |
| Sumpter | 208 | 206 | 206 | 204 | 204 |
| Sutherlin | 8,679 | 8,670 | 8,617 | 8,564 | 8,554 |
| Sweet Home | 10,088 | 10,052 | 10,021 | 9,884 | 9,839 |
| Talent | 6,411 | 6,092 | 6,051 | 6,021 | 6,285 |
| Tangent | 1,234 | 1,231 | 1,231 | 1,231 | 1,231 |
| The Dalles | 16,103 | 16,087 | 16,048 | 15,962 | 16,014 |
| Tigard | 56,392 | 54,935 | 54,848 | 54,729 | 54,549 |
| Tillamook | 5,198 | 5,232 | 5,218 | 5,254 | 5,190 |
| Toledo | 3,631 | 3,629 | 3,581 | 3,546 | 3,546 |
| Troutdale * | 16,348 | 16,130 | 16,030 | 15,752 | 16,254 |
| Tualatin | 27,753 | 27,625 | 27,775 | 27,789 | 27,858 |
| Turner | 2,864 | 2,864 | 2,862 | 2,780 | 2,521 |
| Ukiah | 277 | 236 | 231 | 241 | 238 |
| Umatilla | 8,256 | 8,069 | 7,859 | 7,532 | 7,404 |
| Union | 2,162 | 2,155 | 2,156 | 2,155 | 2,148 |
| Unity | 40 | 40 | 40 | 40 | 40 |
| Vale | 1,870 | 1,908 | 1,903 | 1,894 | 1,894 |
| Veneta | 5,259 | 5,246 | 5,224 | 5,220 | 5,212 |
| Vernonia | 2,433 | 2,404 | 2,403 | 2,378 | 2,375 |
| Waldport | 2,339 | 2,337 | 2,307 | 2,275 | 2,250 |
| Wallowa | 804 | 804 | 804 | 804 | 803 |
| Warrenton | 6,446 | 6,410 | 6,321 | 6,322 | 6,304 |
| Wasco | 424 | 422 | 422 | 420 | 420 |
| Waterloo | 219 | 219 | 219 | 222 | 222 |
| West Linn | 27,568 | 27,511 | 27,475 | 27,477 | 27,379 |
| Westfir | 261 | 261 | 259 | 259 | 259 |
| Weston | 706 | 706 | 706 | 706 | 706 |
| Wheeler | 428 | 425 | 422 | 422 | 422 |
| Willamina | 2,237 | 2,241 | 2,234 | 2,239 | 2,243 |
| Wilsonville | 27,048 | 26,822 | 26,828 | 26,793 | 26,684 |
| Winston | 5,666 | 5,667 | 5,664 | 5,684 | 5,652 |
| Wood Village * | 5,165 | 5,079 | 4,900 | 4,691 | 4,388 |
| Woodburn | 29,455 | 28,219 | 26,511 | 26,062 | 26,014 |
| Yachats | 1,003 | 994 | 994 | 994 | 994 |
| Yamhill | 1,222 | 1,212 | 1,212 | 1,210 | 1,176 |
| Yoncalla | 1,086 | 1,069 | 1,039 | 1,039 | 1,029 |

Population Research Center
College of Urban and Public Affairs, Portland State University
Population Research Center
College of Urban and Public Affairs, Portland State University

December 15,2024
popest@pdx.edu

EXHIBIT C
Page 5 of 5