

**CLRKC.COM**

Privileged and confidential information intended only for the use of the addressee. Attorney-client privilege applies. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this communication is strictly prohibited. If you have received it in error, please notify us by telephone.

IRS CIRCULAR 230 Disclosure:

Under U.S. Treasury regulations, we are required to inform you that any tax advice contained in this e-mail or any attachments hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

**From:** Dana Oliver <doliver.heidarpourlawfirm@gmail.com>
**Sent:** Saturday, October 19, 2024 1:53 PM
**To:** Kellie Mitchell Bubeck <kbubeck@clrkc.com>
**Cc:** Andrew Heidarpour <aheidarpour@hlfirm.com>; William Raney <braney@clrkc.com>; Colin Gregory <cgregory@clrkc.com>
**Subject:** Re: Pre-Suit Notification of Federal Telemarketing Law Violation re SmartMatch Insurance Agency

Hi Kellie,

We will provide the dates and caller IDs for the calls:
* 09/30/24, from 877-398-0102
* 09/30/24, from 866-509-1534
* 10/01/24, from 888-441-0779
* 10/01/24, from 888-369-0846
* 10/04/24, from 888-369-0846
* 10/04/24, from 888-441-0779


Best regards,

----

Dana J. Oliver, Esq.

Heidarpour Law Firm, PLLC
www.HLFirm.com

DOliver.HeidarpourLawFirm@gmail.com
[P] 202-234-2727


On Mon, Oct 14, 2024 at 8:45 AM Kellie Mitchell Bubeck <kbubeck@clrkc.com> wrote:

> Hi Dana,
>
> Please provide the date(s) and time(s) of the calls and the caller ID the calls came from.
>
> Thanks,
>
> **Kellie Mitchell Bubeck, CIPP/US**
>
> Partner | Copilevitz, Lam & Raney, P.C.
>
> 310 W. 20th, Suite 300 · Kansas City, MO 64108
>
> Office | 816 218 1365
>
> kbubeck@clrkc.com
>
> **CLRKC.COM**
>
> Privileged and confidential information intended only for the use of the addressee. Attorney-client privilege applies. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this communication is strictly prohibited. If you have received it in error, please notify us by telephone.
>
> IRS CIRCULAR 230 Disclosure:
>
> Under U.S. Treasury regulations, we are required to inform you that any tax advice contained in this e-mail or any attachments hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

**From:** Dana Oliver <doliver.heidarpourlawfirm@gmail.com>
**Sent:** Saturday, October 12, 2024 5:35 PM
**To:** Kellie Mitchell Bubeck <kbubeck@clrkc.com>
**Cc:** Andrew Heidarpour <aheidarpour@hlfirm.com>
**Subject:** Pre-Suit Notification of Federal Telemarketing Law Violation re SmartMatch Insurance Agency

**Good morning Ms. Bubeck;**

**We have another client who has received unlawful calls, details are below:**

    **Name: Sharon McCullagh**
    **Phone: 541-417-2942**

**The number is also listed on the Do Not Call Registry.  Please look into this and get back with me when you have a moment.  Thank you.**

----

Dana J. Oliver, Esq.

Heidarpour Law Firm, PLLC
www.HLFirm.com

DOliver.HeidarpourLawFirm@gmail.com
[P] 202-234-2727