**George S. Pitcher, OSB #963982**
George.Pitcher@wilsonelser.com
**Rachel Robinson, OSB #084550**
Rachel.Robinson@wilsonelser.com
**Maryn Sommerfeldt, OSB #244842**
Maryn.Sommerfeldt@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030
Facsimile: 971.352.3019

*Attorneys for Defendant Interest Media, Inc.*

Hon. Mark D. Clarke

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **SHARON MCCULLAGH,**<br><br>    Plaintiff,<br><br> vs.<br><br>**SMARTMATCH INSURANCE AGENCY, LLC,** and **INTEREST MEDIA, INC.,**<br><br>    Defendants. | Case No. 1:25-cv-00174-CL<br><br>DEFENDANT INTEREST MEDIA, INC.'S CORPORATE DISCLOSURE STATEMENT |

   Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Interest Media, Inc. ("Interest Media") submits the following Corporate Disclosure Statement:

   1. Interest Media is fully owned by Aldan Special Opportunities Ltd.

   2. No publicly held corporation owns 10% or more of Interest Media's stock.

Page 1 – DEFENDANT INTEREST MEDIA, INC.'S CORPORATE DISCLOSURE STATEMENT

317705715v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

DATED, this 12th day of September, 2025.

        WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

        By: *s/ Rachel Robinson*
           George S. Pitcher, OSB #963982
           Rachel Robinson, OSB #084550
           Maryn Sommerfeldt, OSB #244842
           Email: George.Pitcher@wilsonelser.com
                  Rachel.Robinson@wilsonelser.com
                  Maryn.Sommerfeldt@wilsonelser.com

        *Attorneys for Defendant Interest Media, Inc.*

Page 2 – DEFENDANT INTEREST MEDIA, INC.'S CORPORATE DISCLOSURE STATEMENT

317705715v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019