Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| Sharon McCullagh, individually and on behalf of other similarly situated.<br><br>　　　Plaintiff,<br><br>v.<br><br>SmartMatch Insurance Agency, LLC<br><br>and<br><br>Interest Media, Inc.<br><br>　　　Defendants. | No.<br>1:25-cv-174<br><br><br>MOTION FOR EXTENSION<br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, Plaintiff conferred with counsel for Defendants, who do not oppose this motion.

## MOTION

Without waiving any defenses Plaintiff may have under the FEDERAL RULES OF CIVIL PROCEDURE or otherwise, pursuant to Rule 6 and LR 16-3, Plaintiff moves the Court for an Order extending the deadline for Plaintiff to file a response to Defendant's Motion to Compel Arbitration to October 17, 2025.

Motion for Extension　　　　　　　　　　　1

## MEMORANDUM

Due to the heightened complexity of the Defendant's motion, and in order to properly represent the interests of his client and consult with his client in order to formulate an opposition, undersigned counsel requires additional time to prepare an appropriate response. To that end, Plaintiff requests an extension to respond to the Motion to Compel, with the new deadline of October 17, 2025. Defendant has agreed to this request. The extension is not sought for purposes of delay. In seeking the foregoing extension, Plaintiff and Defendant do not waive, and expressly reserve, any and all rights, objections, arguments, and defenses relating to the Motion and otherwise.

RESPECTFULLY SUBMITTED AND DATED this 23rd day of September, 2025.

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date.

Dated: September 23, 2025

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class