Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## MEDFORD DIVISION

| | | |
|---|---|---|
| Sharon McCullagh, individually and on behalf of other similarly situated. | : : : : : : : : : : : : : | No. 1:25-cv-174 |
| Plaintiff, | | |
| v. | | MOTION FOR EXTENSION |
| SmartMatch Insurance Agency, LLC | | TCPA (47 U.S.C. § 227) |
| and | | DEMAND FOR JURY TRIAL |
| Interest Media, Inc. | | |
| Defendants. | | |

### LR 7-1 CERTIFICATION

Pursuant to LR 7-1, Plaintiff conferred with counsel for Defendants, who do not oppose this motion.

### MOTION

Without waiving any defenses Plaintiff may have under the FEDERAL RULES OF CIVIL PROCEDURE or otherwise, pursuant to Rule 6 and LR 16-3, Plaintiff moves the Court for an Order extending the deadline for Plaintiff to file a response to Defendant's Motion to Compel Arbitration to October 31, 2025, as Plaintiff is currently in hospital.

## MEMORANDUM

Plaintiff intends to oppose the Defendants' motion to dismiss, in part, with a client declaration. However, the Plaintiff is currently in hospital and cannot presently sign the declaration. To that end, Plaintiff requests an extension to respond to the Motion to Compel, with the new deadline of October 31, 2025. Defendants has agreed to this request. Plaintiff intends to file the opposition earlier, if the Plaintiff is released from hospital and is able to sign the declaration before that time. The extension is not sought for purposes of delay. In seeking the foregoing extension, Plaintiff and Defendants do not waive, and expressly reserve, any and all rights, objections, arguments, and defenses relating to the Motion and otherwise.

RESPECTFULLY SUBMITTED AND DATED this 16th day of October, 2025.

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date.

Dated: October 16, 2025

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class