Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## MEDFORD DIVISION

| | | |
|---|---|---|
| Sharon McCullagh, individually and on behalf of other similarly situated. | : : | No. 1:25-cv-174 |
| Plaintiff, | : : : | |
| v. | : : | DECLARATION OF SHARON MCCULLAGH |
| SmartMatch Insurance Agency, LLC | : : : | TCPA (47 U.S.C. § 227) DEMAND FOR JURY TRIAL |
| and | : : | |
| Interest Media, Inc. | : | |
| Defendants. | | |

## DECLARATION OF SHARON MCCULLAGH

1. My name is Sharon McCullagh. I am over 18 years old. I can testify competently to the undersigned statements.

2. My telephone number 541-XXX-XXXX is on the National Do-Not-Call Registry.

3. My telephone number 541-XXX-XXXX is a cellular telephone number.

4. I am the user of 541-XXX-XXXX.

5. The 541-XXX-XXXX number is registered in my name and I am the subscriber of record.

Declaration

1

6. I have not and did not want Medicare supplemental health insurance sold by SmartMatch, nor want any free samples, as offered by Interest Media on its FreeSamplesProUSA.com website.

7. I did not visit the website FreeSamplesProUSA.com, nor would I have any reason to have visited the website.

8. I am not and have never been a customer of Defendants, nor entered into any contract or agreement with them.

9. As such, I had no notice of the arbitration provision on the FreeSamplesProUSA website and certainly did not agree to such provision because I did not submit any information to the website at all.

10. I did not have any notice of those terms and conditions until the Defendants filed their motion.

11. I certainly did not agree to arbitrate my claims against the Defendants, nor would I ever have agreed to do so.

12. I have never inputted any information, let alone my phone number or other information, into the FreeSamplesProUSA website, nor directed anyone to do so.

13. I likely would have been asleep on Sunday, September 29, 2024 at 11:56 PM Pacific Time (which corresponds with 06:56z on September 30, 2024).

14. Moreover, I have no record of any web browsing history on September 29 or September 30. This is normal because I do not regularly use the internet some days.

15. Consequently, I unequivocally state that I did not submit any information, including any of my information to that website, either.

16. I did not give anyone else permission to visit the website or to submit information on it.

17. I did not provide consent, nor did I authorize anyone to do so on my behalf, to receive calls, text messages, or arbitrate claims in any manner whatsoever.

18. As such, I had no notice of the arbitration provision on the FreeSamplesProUSA website and certainly did not agree to such provision because I did not visit the website at all.

19. Although the much of the information submitted on the website is accurate, as the Defendant's own materials note, the information is already publicly accessible to anyone on the internet as provided on a restraining order petition I filed in 2021.

20. I have never agreed to arbitrate my claims against Defendants.

21. I do not welcome these illegal calls and have taken measures for them to stop, including by placing my number on the Do-Not-Call Registry and holding those who call me accountable for their actions.

22. I was harmed by the Defendant's calls. Illegal calls are frustrating, obnoxious, and annoying. They are a nuisance and disturbed my solitude.

23. I brought this case as a class action because I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendant without their consent.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed this 22nd day of October 2025, in the United States of America,



**Sharon McCullagh**

Declaration