Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## MEDFORD DIVISION

| | | |
|---|---|---|
| Sharon McCullagh, individually and on behalf of other similarly situated. | : : : | No. 1:25-cv-174 |
| Plaintiff, | : : | |
| v. | : : : | MOTION FOR EXTENSION OF EXPERT DEADLINES |
| SmartMatch Insurance Agency, LLC | : : | TCPA (47 U.S.C. § 227) DEMAND FOR JURY TRIAL |
| and | : : | |
| Interest Media, Inc. | : | |
| Defendants. | | |

### LR 7-1 CERTIFICATION

Pursuant to LR 7-1, Plaintiff conferred with counsel for Defendants, who do not oppose this motion.

### MOTION

Plaintiff and Defendants jointly move for an extension of 60 days until after Defendants' Motion to Compel Arbitration is decided for initial expert disclosures, with a corresponding extension for rebuttal experts.

Motion for Extension of Expert Deadlines    1

## MEMORANDUM

According to the current scheduling order in this case, the parties' initial expert disclosures are due on October 31, 2025, and rebuttal expert disclosures are due a month later, on November 28, 2025. However, the Defendants have filed a Motion to Compel Arbitration, and given the early pendency of discovery, the parties have not yet had occasion to finalize expert engagements and make such disclosures. To that end, the parties jointly request an extension of 60 days until after the Motion to Compel Arbitration is decided to conduct expert reports, with rebuttal experts due a month after that 60 day deadline. The extension is not sought for purposes of delay. In seeking the foregoing extension, the Parties do not waive and reserve all rights, including under the FEDERAL RULES OF EVIDENCE, Daubert, and otherwise.

RESPECTFULLY SUBMITTED AND DATED this 31st day of October, 2025.

> s/Andrew Roman Perrong
> Andrew Roman Perrong, OSB No. 243320
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> 215-225-5529
> Lead Attorney for Plaintiff and the Proposed Class

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date.

Dated: October 31, 2025

> s/Andrew Roman Perrong
> Andrew Roman Perrong, OSB No. 243320
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> 215-225-5529
> Lead Attorney for Plaintiff and the Proposed Class