**George S. Pitcher, OSB #963982**
George.Pitcher@wilsonelser.com
**Rachel Robinson, OSB #084550**
Rachel.Robinson@wilsonelser.com
**Maryn Sommerfeldt, OSB #244842**
Maryn.Sommerfeldt@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030
Facsimile: 971.352.3019
*Attorneys for Defendant Interest Media, Inc.*

**Michael Alltmont,** *admitted Pro Hac Vice*
malltmont@sessions.legal
SESSIONS, ISRAEL, & SHARTLE, LLC
3838 N. Causeway Blvd., Ste. 2800
Metairie, Louisiana 70002
Telephone: 504.846.7954
Facsimile: 504.828.3737
*Attorneys for Defendant SmartMatch
Insurance Agency, LLC*

Hon. Mark D. Clarke

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **SHARON MCCULLAGH,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**SMARTMATCH INSURANCE AGENCY, LLC,** and **INTEREST MEDIA, INC.,**<br><br>        Defendants. | **Case No. 1:25-cv-00174-CL**<br><br>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS |

Page 1 – DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT
OF THEIR MOTION TO COMPEL ARBITRATION AND STAY
PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
323466701v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

## LR 7-1(a) CERTIFICATION

The undersigned counsel certify that, on November 3, 2025, counsel for Defendant Interest Media, Inc. ("Interest Media") conferred with counsel for Plaintiff Sharon McCullagh ("Plaintiff") regarding the extension requested in this motion. Counsel for Plaintiff advised that Plaintiff does not oppose the requested extension.

## MOTION

Pursuant to Federal Rule of Civil Procedure 6(b) and LR 16-3, Defendants request an order extending the deadline for their reply in support of their motion to compel arbitration and stay proceedings and to strike class allegations to, and including, November 13, 2025 (7 days from the current deadline). The current deadline is November 6, 2025. Plaintiff does not oppose the requested extension.

This is Defendants' first request for an extension of the reply deadline. The motion to compel arbitration and stay proceedings and to strike class allegations was filed on September 12, 2025. *See* Dkt. No. 26. Plaintiff's response was filed on October 23, 2025. *See* Dkt. No. 34. The one-week extension is sought to allow Defendants time to coordinate and complete a joint reply in support of the motion, rather than filing separate replies. This motion is made in good faith and not for purposes of delay.

Page 2 – DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
323466701v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

**CONCLUSION**

Defendants respectfully requests that the Court extend the deadline for their reply in support of their motion to compel arbitration and stay proceedings and to strike class allegations to November 13, 2025.

DATE: November 4, 2025.

| | |
|---|---|
| SESSIONS, ISRAEL, & SHARTLE, LLC | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| By: *s/ Michael Alltmont*<br>   Michael Alltmont, *pro hac vice*<br>   malltmont@sessions.legal | By: *s/ Rachel A. Robinson*<br>   Rachel A. Robinson, OSB #084550<br>   Rachel.Robinson@wilsonelser.com |
| *Attorneys for Defendant SmartMatch Insurance Agency, LLC* | *Attorneys for Defendant Interest Media, Inc.* |

Page 3 – DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
323466701v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019