**George S. Pitcher, OSB #963982**
George.Pitcher@wilsonelser.com
**Rachel Robinson, OSB #084550**
Rachel.Robinson@wilsonelser.com
**Maryn Sommerfeldt, OSB #244842**
Maryn.Sommerfeldt@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030
Facsimile: 971.352.3019
*Attorneys for Defendant Interest Media, Inc.*

**Michael Alltmont,** *admitted Pro Hac Vice*
malltmont@wilsonelser.com
SESSIONS, ISRAEL, & SHARTLE, LLC
3838 N. Causeway Blvd., Ste. 2800
Metairie, Louisiana 70002
Telephone: 504.846.7954
Facsimile: 504.828.3737
*Attorneys for Defendant SmartMatch
Insurance Agency, LLC.*

Hon. Mark D. Clarke

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **SHARON MCCULLAGH,**<br><br>Plaintiff,<br><br>vs.<br><br>**SMARTMATCH INSURANCE AGENCY, LLC,** and **INTEREST MEDIA, INC.,**<br><br>Defendants. | Case No. 1:25-cv-00174-CL<br><br>DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS |

Page 1 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
323120019v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

I, Jeremy Matthew Hoggatt, declare:

1.  I am the CEO of Interest Media, Inc. ("Interest Media"). I make this declaration based upon personal knowledge and my review of business records, and I am competent to testify to the matters stated herein.

2.  Freesamplesprousa.com (https://freesamplesprousa.com) ("freesamplesprousa.com" or "the Site") is a website that is owned and operated by Interest Media. Freesamplesprousa.com is not a separate and distinct entity from Interest Media; it is simply a name under which Interest Media does business. In other words, freesamplesprousa.com is Interest Media.

3.  Interest Media is a Delaware corporation with its principal place of business in Missouri. Interest Media does not have a physical location in Oregon and does not have any employees stationed in Oregon.

4.  In her response to the motion to compel arbitration that was filed by Interest Media and Defendant SmartMatch Insurance Agency, LLC ("SmartMatch), Plaintiff Sharon McCullagh ("Ms. McCullagh") claims that her attorney went to freesamplesprousa.com to "investigate" Interest Media and SmartMatch's claims about the Site and when the attorney did so, "something peculiar happened: the [P]laintiff's counsel was able to proceed to submit his information *without agreeing to the arbitration provision on the website* or any of the terms." Plaintiff's Response (Dkt. No. 34), p. 16 (emphasis in original). It is difficult for me to understand what exactly Ms. McCullagh is trying to say happened since no further detail explaining what Ms. McCullagh's counsel experienced or the timing of Ms. McCullagh's counsel's purported visit to the Site has been provided, but it ultimately does not matter because what I can say for certain is that Ms. McCullagh had to enter an email and click the "Continue"

Page 2 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
323120019v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

button that was above the language on the registration form about clicking the "Continue" button constituting agreement to the Terms of Use and the Privacy Policy, which is shown in the image below:



If Ms. McCullagh had not entered an email and hit the "Continue" button above the consent language, there would not be an entry for Ms. McCullagh's September 29, 2024, Site visit in Interest Media's database. There is an entry for Ms. McCullagh's September 29, 2024,

Page 3 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
323120019v.1

Wilson Elser Moskowitz Edelman & Dicker LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

Site visit in Interest Media's database, and that entry is described in paragraph 6 of my September 12, 2025, declaration in support of Interest Media and SmartMatch's motion to compel arbitration (Dkt. No. 27).

I assume that to conduct their "investigat[ion,]" Ms. McCullagh's counsel went to https://freesamplesprousa.com, clicked the "Sign Up" button, and then interacted with the registration form on the page that came up through the "Sign Up" button. The page that comes up by clicking the "Sign Up" button is a flow test page that is used for marketing demonstrations. Interest Media can distinguish registration information that is entered through the flow test page from information that is entered through freesampleprousa.com's active registration form (users would be taken to the active registration form by, for example, clicking a link in an advertisement on another website or an offer in an email). Based on Interest Media's investigation of Ms. McCullagh's claims, I know that Ms. McCullagh did not go directly to the Site, click the "Sign Up" button, and then interact with the flow test page registration form, as it appears Ms. McCullagh's counsel did based on the limited information in the response. Ms. McCullagh interacted with the active freesamplesprousa.com registration form, likely through an advertisement or offer that was on another website or in an email. Thus, Plaintiff's counsel's experience is completely irrelevant to Ms. McCullagh's experience.

Although it does not matter given the above information, another reason that Ms. McCullagh's counsel's experience is irrelevant to Ms. McCullagh's experience is that the registration form that is now on the flow test page is not the same registration form that Ms. McCullagh interacted with on September 29, 2024. The registration form that Ms. McCullagh encountered on September 29, 2024, is show in the image above (this same image is in paragraph 7 of my September 12, 2025, declaration for this case). The below image is an image of the

Page 4 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
323120019v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

registration form that is on the flow test page now (and that has been on the flow test page since before the motion to compel arbitration was filed):



The forms are not the same.

5.      The blue "Privacy Policy" text in the screenshot in the first image in paragraph 4 above (the screenshot of the registration form related to Ms. McCullagh's September 29, 2024, interaction with the Site) was a hyperlink to the Privacy Policy. A true and correct copy of the Privacy Policy that was in effect and was hyperlinked to the Site at the time of Ms. McCullagh's September 29, 2024, interaction with the Site is attached hereto as Exbibit A. At the time of Ms. McCullagh's September 29, 2024, interaction with the Site, the Privacy Policy in Exhibit A to this declaration was also hyperlinked to the blue "Privacy Policy" text in the Medicare survey

/ / /

/ / /

Page 5 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
323120019v.1

Wilson Elser Moskowitz Edelman & Dicker LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

question set forth in paragraph 13 to my September 12, 2025, declaration in support of Interest Media and SmartMatch's motion to compel arbitration (Dkt. No. 27).

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: November 13, 2025

_____
Jeremy Matthew Hoggatt

Page 6 – DECLARATION OF JEREMY MATTHEW HOGGATT IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS
323120019v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019