**Effective Date: July 1, 2024**

freesamplesprousa.com (the "Website", "Company", "us", "we", or "our") developed this Privacy Policy. This Privacy Policy, together with our Terms and Conditions (collectively, the "Agreement") form a legally binding agreement between you ("you" or "your") and the Company. This Agreement governs your access to and use of any Company website and your use or attempted use of our products and services (collectively, "Your Use"). Continued use of the Website constitutes your consent to be bound by this Agreement and shall be enforceable in the same way as if it was signed by you.

**Contents**

1. Scope of the Policy

2. Information We Collect

3. How We Use Your Information

4. How We Share Your Information

5. How We Store and Protect your Information

6. Your Rights and Choice Regarding Your Data

7. Third Party Links and Behavioral Tracking

8. Children's Data

9. Changes to This Privacy Policy

10. Contact Us

**1. Scope of the Policy**

This policy applies to all visitors to this Website and all services, including any apps, websites, features, and other services. Please remember that your use of this website is also subject to our  Terms and Conditions.

**2. Information We Collect**

**A. Information You Provide to Us**

We collect information that you provide on our Website, such as your name, telephone number, email address, physical address, date of birth or other personal information shared by you. Please note that we do not collect any unique identifiable information about you except when you specifically and knowingly share such information with us. When you use the Website or interact with us, we may collect any information that you share with us as a part of such interactions, including your responses to the survey questions and the content of the messages and/or attachments you may send us. When you take a survey on our Website, we may ask questions related to your legally protected characteristics and employment information, as defined under CCPA, including without limitation, your employment status, medical condition and genetic information. Please note that to access the free samples through our Website, successfully completing the survey is a requirement. You can choose not to take the survey and respond to the questions therein, but please be advised that in such a case, you will not be able to access the samples.

**B. Information We Collect When You Use the Website**

Below are examples of the types of information that we collect. The IP Address is an identifier that is collected indirectly from your site activity. The remaining categories of information are collected either indirectly from your site activity, or from you directly. We may collect other information not included in the examples below.

Information collected from our web server so that we can improve the overall quality of your online experience. This includes information such as device type, user agent, and referring URL.

We collect this non-personally identifiable information when you access the Website irrespective of whether you register with the Website or not.

Information collected from interactions with our Website, such as website impressions and clicks.

Information collected from Cookies, including whether a user has previously visited our website.

The Website assigns an anonymous ID number to any requests made by you through the Website and links the following additional data to that number: the date and time you visited the Website and the links you choose to click. We collect and store this anonymous

user information using log files and use the information to analyze and examine trends, monitor your movements, administer the Website, and collect wide ranging demographic information for aggregate use. The Website may present links in a format that enables us to understand whether they have been followed. We use this information to understand and improve the quality of the Website.

<u>The information collected by us can be categorized as follows:</u>

<u>Identifiers:</u> This category includes information that we can use to identify a user such as your name, email address, telephone number, physical address, and IP address.

<u>Internet or other similar network activities:</u> This category includes information that helps us know more about your interaction with our Website, your operating systems and network service falls under this category. The information collected under this category includes, without limitation, interaction data such as impressions and clicks on the Website, your browser name, browser version, device type, user agent, referring URL, operating system, and version.

<u>Geolocation data:</u> Information about the location of your device.

<u>Legally Protected Characteristics:</u> This category includes, without limitation, information about your gender, medical condition and genetic information.

<u>Employment Information:</u> This category includes, without limitation, information about your employment status and employment history.

<u>Cookies, Analytics, and Third-Party Technologies.</u> We may use automated technology such as "cookies", tracking pixels, data analytics tools like Google Analytics, SDKs, and other third party technologies to collect information that enables us to understand how you navigate through and interact with the Website, save your choices, improve your experience while using the Website and offer better content and ads on other websites. Cookies are small text files that are placed by web servers on your device; they are designed to store basic information and to help websites and apps in recognizing your browser. You can manage the use of cookies on your device by modifying your web browser's cookie settings. Please note that if you choose to delete or decline our use of cookies, you may miss out on certain features offered by the Website.

## 3. How We Use Your Information

We use your personal information to:

Communicate with you;

Provide customer support;

Improve the Website;

Prevent and detect fraudulent activities;

Enforce the terms of the Agreement; and

Respond to legal proceedings and obligations.

**Communicate With You.**

We may use the information collected from you to provide you additional information on goods or services that you have requested. This may include calls at the number provided by you or additional marketing communications by email. We may, with your express consent, send push notifications about marketing and advertorial content to your device. You can choose to withdraw your consent at any time. For more details, please refer to section 6A of this Privacy Policy.

**Provide Customer Support.**

We work hard to offer the best user experience possible, including providing you with the required support. To do this, we may use your personal information to:

Assist you in resolving queries or concerns you have regarding the Website; and

Provide support and/or respond to your requests.

Improve the Website.

We are constantly working to improve your experience while using the Website and provide new features that can be of help to you. To do this, we may use your personal information to:

Monitor the use of the Website, generate related reports to perform research, testing, and analysis;

Enhance your experience by developing new products, features, partnerships, and services;

Analyze and fix error reports and prevent, find, and resolve any software or hardware related bugs and issues; and

Monitor, improve and develop our security practices, algorithms, and other modeling operations and processes.

Prevent and detect fraudulent activities.

We may use the information collected on the Website to prevent and detect any misuse of unauthorized access to or fraudulent activities on the Website.

**Enforce the terms of the Agreement.**

We may use your personal information to enforce our rights under the Agreement whether in case of violation of any terms of this Agreement or otherwise.

**Respond to Legal Proceedings and Obligations.**

We may use your personal information to respond to occasional demands or obligations that may be imposed on us by the law, government entities, or other regulatory bodies regarding the services we seek to provide.

**4. How We Share Your Information**

Sharing with Third Parties for Business Purposes.

We may share aggregated general information about the Website with our corporate partners, affiliates and/or others. Aggregated information does not contain any personally identifiable information that could be used to identify or contact you.

We may also share your personal information with other entities or individuals in any of the following limited circumstances:

To share such information with trusted businesses or persons for the sole purpose of processing personal information on behalf of us subject to agreements that require such third parties to process such information only as per the instructions provided by us and in compliance with this Privacy Policy and appropriate security and confidentiality measures.

• We may store, and process personal information collected on our Website in any country in which Company or its agents maintain facilities. We use appropriate technical and organizational safeguards to ensure security of information in cross-border transfers. By using the Website, you consent to the transfer of your information among these facilities, including those located outside your country of residence.

We may share your information with third party service providers to serve ads and emails on behalf of us. Such third-party service providers may use technologies to measure the effectiveness of advertisements and emails and use information about your visits to the Website to enable us to provide you with a better experience. For this purpose, we may also provide these third-party service providers anonymous information about your navigation through the Website. If you wish to stop receiving emails, you can unsubscribe from our mailing list at any time by following the instructions at freesamplesprousa.com/unsub.html

We may also disclose your information to third parties who assist and enable us in providing our services to you. For example, we may use third party services to make improvements to our site, to offer new products and services and to allow us to customize the experience offered on the Website as per your preference.

We may share and/or sell certain information about you collected on the Website with carefully selected advertisers, marketing and telemarketing partners (Business Partners) and service providers for which we may be compensated. Such Business Partners may offer services that complement those provided by us or which we suppose may be of interest to you. We will share your information with our telemarketing partners only where we have obtained your prior express consent. Please be informed that Business Partners may use your personal information to market products and services to you. When we share and/or sell your information, we enter into an agreement that describes the purpose for which such information is shared/sold, restricts its use to the purpose specified in the Agreement and requires the Business Partners to ensure that your information remains confidential, and protected from unauthorized disclosure.

**For Legal Reasons.**

We may share your personal information in response to a legal obligation, or if we reasonably determine that sharing your personal information is necessary or appropriate to:

Ensure compliance with any and all applicable federal, state, or local law(s) or regulation(s), and cooperate with and respond to law enforcement agencies for any civil, criminal or regulatory inquiry, investigation or legal processes such as a search warrant, subpoena, summons, or court order, or enforceable governmental request(s); or

Exercise or defend legal claims, protect against harm to our rights, property, interests, or safety and/or your or third parties' rights, property, interests, or safety, as required or permitted by law.

**Enforce the terms of this Agreement.**

**In Connection With a Sale or Merger.**

If we are involved in a corporate restructuring transaction, such as a merger, reorganization or sale of our assets, we may share your personal information while negotiating or in relation to a change of corporate control under such a transaction.

**Otherwise With Your Consent.**

In addition to the above-mentioned purposes, we may, with your permission or upon your direction, disclose your personal information for purposes such as interaction with third parties among others.

**5. How We Store and Protect your Information**

We retain your information only for such time as may be necessary to provide you with our products and services, for other purposes summarized in the "How We Use Your Information" section above and where such retention is legally permissible.

**6. Your Rights and Choice Regarding Your Data**

A. All Users.

Review and Request Changes.

To review and request changes to your personal information collected on the Website, please reach us at contact@freesamlesprousa.com

Email Subscriptions.

You can opt-out from receiving our commercial or promotional emails by clicking on the unsubscribe link in those messages. Please note that we will continue to send you transactional and relational emails regarding your use of the Website.

Push Notifications.

You can opt-out of receiving push notifications by modifying the permission settings of your device.

"Do Not Track" Signals.

Certain browsers may offer you a "Do Not Track" (DNT) option, which allows you to send signals to operators of websites, web applications and services that you do not want to track your online activities. At present, our servers do not respond to DNT signals sent by browsers.

**B. States Rights**

1. California Residents.

Shine the Light. Cal. Civ. Code § 1798.83 permits customers who are California residents to request certain information regarding and/or opt-out of our disclosure of personal information to third parties for their direct marketing purposes. To make such a request, please email us at contact@freesamplesprousa.comand include your full name, residential address, email address, and phone number, along with why you are writing, so that we can process your request.

CCPA. California Consumer Privacy Act (CCPA) provides California residents with the additional rights listed below.

Right to Know.

You have the right to know what personal information we have collected about you over the past 12 months, preceding your request. including:

The categories of your personal information collected by us;

The categories of sources from which the personal information is collected;

The purpose (business or commercial) for collecting your personal information;

The categories of third parties with whom we have shared your personal information in the last 12 months; and

The specific components of your personal information we have collected.

Right to Delete.

Subject to the following exceptions, you have the right to request us to delete the personal information we have collected from or about you.

Right to Correct. You have the right to request that we correct inaccurate personal information.

Do Not Sell or Share My Personal Information.

You have the right to request that we do not sell or share your personal information. Please click here so that we can process your request. Please note that we do not knowingly sell the personal information of minors under 16 years of age without legally required affirmative authorization.

Exercising Your California Privacy Rights.

You can exercise your rights directly or choose to appoint an authorized agent to represent you and to communicate with us. Please note that you can only exercise your rights twice in a twelve-month period. To request access to or deletion of your personal information, or to exercise any other data rights under California law, please contact us using the following method:

Email: You may write to us to exercise rights. Please include your full name, residential address, email address, and phone number, along with why you are writing, so that we can process your request. Please email us at contact@freesamplesprousa.com

Webform: You may fill out a Webform to exercise rights. Please include your full name, email address, and phone number, along with why you are writing, so that we can process your request.

Please note that in certain circumstances, we may request additional information to verify your identity and any information shared by you for verification purposes shall only be used for the said purpose and not be shared with any third party.

Response Timing.

We try to respond to a consumer request(s) for access or deletion of information within 45 days of receiving it. If we require more time, we will inform you of the reason and extension period in writing. In any case, the total period required to respond to your request shall not exceed 90 days from the date of receiving the request.

2. Colorado Residents.

Effective July 1, 2023.

The Colorado Privacy Act (CPA) provides Colorado residents with the additional rights listed below.

Right to Know. You have the right to confirm whether we are processing your personal data and access such data, including:

The categories of personal information we have collected about you;

The purpose for processing your personal information;

How you can exercise your rights and appeal a decision regarding your request;

The categories of personal information that we have shared with third parties; and

The categories of third parties with whom we have shared your personal information.

Right to Correct. You have a right to correct inaccuracies in the personal data we have collected about you, considering the nature of the personal data and the purposes of the processing of your personal data.

Right to Delete. You have the right to request that we delete the personal information we have collected from you unless we need to retain that information for a specified purpose as exempted under state law.

Right to Obtain a Copy. You have a right to obtain a copy of the personal data we have collected on you.

Right to Opt Out. You have the right to opt out of the processing of your personal data for purposes of (i) targeted advertising, (ii) the sale of personal data, or (iii) profiling in furtherance of decisions that produce legal or similarly significant effects concerning you.

Right to Appeal. If we decline to act regarding your request, you have the right to appeal this decision.

Other Rights. You also have the right not to be discriminated against for exercising any of the rights listed above.

Exercising Your Colorado Privacy Rights. To request access to or deletion of your personal information, or to exercise any other data rights under Colorado law, please contact us using the following method:

Email: You may write to us to exercise rights. Please include your full name, residential address, email address, and phone number, along with why you are writing, so that we can process your request. Please email us at contact@freesamplesprousa.com.

Webform: You may fill out a Webform to exercise rights. Please include your full name, email address, and phone number, along with why you are writing, so that we can process your request.

Response Timing. We aim to respond to a consumer request for access or deletion within 45 days of receiving that request. If we require more time, we will inform you of the reason and extension period in writing. If we decline to act regarding a consumer request, we will inform you of the reason within 45 days of receiving that request.

3. Connecticut Residents.

Effective July 1, 2023.

The Connecticut Data Privacy Act (CTDPA) provides Connecticut residents with the additional rights listed below.

Right to Know. You have the right to confirm whether we are processing your personal data and access such data, including:

The categories of personal information we have collected about you;

The purpose for processing your personal information;

How you can exercise your rights and appeal a decision regarding your request;

The categories of personal information that we have shared with third parties; and

The categories of third parties with whom we have shared your personal information.

Right to Correct. You have a right to correct inaccuracies in the personal data we have collected about you, considering the nature of the personal data and the purposes of the processing of your personal data.

Right to Delete. You have the right to request that we delete the personal information we have collected from you unless we need to retain that information for a specified purpose as exempted under state law.

Right to Obtain a Copy. You have a right to obtain a copy of the personal data we have collected on you.

Right to Opt Out. You have the right to opt out of the processing of your personal data for purposes of (i) targeted advertising, (ii) the sale of personal data, or (iii) profiling in furtherance of decisions that produce legal or similarly significant effects concerning you.

Right to Appeal. If we decline to act regarding your request, you have the right to appeal this decision.

Other Rights. You also have the right not to be discriminated against for exercising any of the rights listed above.

Exercising Your Connecticut Privacy Rights. To request access to or deletion of your personal information, or to exercise any other data rights under Connecticut law, please contact us using the following method:

Email: You may write to us to exercise rights. Please include your full name, residential address, email address, and phone number, along with why you are writing, so that we can process your request. Please email us at contact@freesamplesprousa.com

Webform: You may fill out a Webform to exercise rights. Please include your full name, email address, and phone number, along with why you are writing, so that we can process your request.

Response Timing. We aim to respond to a consumer request for access or deletion within 45 days of receiving that request. If we require more time, we will inform you of the reason and extension period in writing. If we decline to act regarding a consumer request, we will inform you of the reason within 45 days of receiving that request.

4. Nevada Residents

Do Not Sell or Share My Personal Information. Nevada residents have the right to request that we do not sell your personal information. Please click here so that we can process your request. We aim to respond to a consumer request within 60 days of receiving that request.

5. Utah Residents.

Effective December 31, 2023.

The Utah Consumer Privacy Act (UCPA) provides Utah residents with the additional rights listed below.

Right to Know. You have the right to confirm whether we are processing your personal data and access such data, including:

The categories of personal information we have collected about you;

The purpose for processing your personal information;

How you can exercise your rights and appeal a decision regarding your request;

The categories of personal information that we have shared with third parties; and

The categories of third parties with whom we have shared your personal information.

Right to Delete. You have the right to request that we delete the personal information we have collected from you unless we need to retain that information for a specified purpose as exempted under state law.

Right to Obtain a Copy. You have a right to obtain a copy of the personal data we have collected on you.

Right to Opt Out. You have the right to opt out of the processing of your personal data for purposes of (i) targeted advertising, (ii) the sale of personal data, or (iii) profiling in furtherance of decisions that produce legal or similarly significant effects concerning you.

Right to Appeal. If we decline to act regarding your request, you have the right to appeal this decision.

Other Rights. You also have the right not to be discriminated against for exercising any of the rights listed above.

Exercising Your Utah Privacy Rights. To request access to or deletion of your personal information, or to exercise any other data rights under Utah law, please contact us using the following method:

Email: You may write to us to exercise rights. Please include your full name, residential address, email address, and phone number, along with why you are writing, so that we can process your request. Please email us at contact@freesamplesprousa.com.

Webform: You may fill out a Webform to exercise rights. Please include your full name, email address, and phone number, along with why you are writing, so that we can process your request.

Response Timing. We aim to respond to a consumer request for access or deletion within 45 days of receiving that request. If we require more time, we will inform you of the reason and extension period in writing. If we decline to act regarding a consumer request, we will inform you of the reason within 45 days of receiving that request.

6. Virginia Residents.

The Virginia Consumer Data Protection Act (VCDPA) provides Virginia residents with the additional rights listed below.

Right to Know. You have the right to confirm whether we are processing your personal data and access such data, including:

The categories of personal information we have collected about you;

The purpose for processing your personal information;

How you can exercise your rights and appeal a decision regarding your request;

The categories of personal information that we have shared with third parties; and

The categories of third parties with whom we have shared your personal information.

Right to Correct. You have a right to correct inaccuracies in the personal data we have collected about you, considering the nature of the personal data and the purposes of the processing of your personal data.

Right to Delete. You have the right to request that we delete the personal information we have collected from you unless we need to retain that information for a specified purpose as exempted under state law.

Right to Obtain a Copy. You have a right to obtain a copy of the personal data we have collected on you.

Right to Opt Out. You have the right to opt out of the processing of your personal data for purposes of (i) targeted advertising, (ii) the sale of personal data, or (iii) profiling in furtherance of decisions that produce legal or similarly significant effects concerning you.

Right to Appeal. If we decline to act regarding your request, you have the right to appeal this decision.

Other Rights. You also have the right not to be discriminated against for exercising any of the rights listed above.

Exercising Your Virginia Privacy Rights. To request access to or deletion of your personal information, or to exercise any other data rights under Virginia law, please contact us using the following method:

Email: You may write to us to exercise rights. Please include your full name, residential address, email address, and phone number, along with why you are writing, so that we can process your request. Please email us at contact@freesamplesprousa.com.

Webform: You may fill out a Webform to exercise rights. Please include your full name, email address, and phone number, along with why you are writing, so that we can process your request.

Response Timing. We aim to respond to a consumer request for access or deletion within 45 days of receiving that request. If we require more time, we will inform you of the reason and extension period in writing. If we decline to act regarding a consumer request, we will inform you of the reason within 45 days of receiving that request.

7. Texas Residents.

Effective July 1, 2024.

The Texas Data Privacy and Security Act provides Texas residents with the additional rights listed below.

Right to Know. You have the right to confirm whether we are processing your personal data and access such data, including:

The categories of personal information we have collected about you;

The purpose for processing your personal information;

How you can exercise your rights and appeal a decision regarding your request;

The categories of personal information that we have shared with third parties; and

The categories of third parties with whom we have shared your personal information.

Right to Correct. You have a right to correct inaccuracies in the personal data we have collected about you, considering the nature of the personal data and the purposes of the processing of your personal data.

Right to Delete. You have the right to request that we delete the personal information we have collected from you unless we need to retain that information for a specified purpose as exempted under state law.

Right to Obtain a Copy. You have a right to obtain a copy of the personal data we have collected on you.

Right to Opt Out. You have the right to opt out of the processing of your personal data for purposes of (i) targeted advertising, (ii) the sale of personal data, or (iii) profiling in furtherance of decisions that produce legal or similarly significant effects concerning you.

Right to Appeal. If we decline to act regarding your request, you have the right to appeal this decision.

Other Rights. You also have the right not to be discriminated against for exercising any of the rights listed above.

Exercising Your Texas Privacy Rights. To request access to or deletion of your personal information, or to exercise any other data rights under Texas law, please contact us using the following method:

Email: You may write to us to exercise rights. Please include your full name, residential address, email address, and phone number, along with why you are writing, so that we can process your request. Please email us at contact@freesamplesprousa.com.

Webform: You may fill out a Webform to exercise rights. Please include your full name, email address, and phone number, along with why you are writing, so that we can process your request.

Response Timing. We aim to respond to a consumer request for access or deletion within 45 days of receiving that request. If we require more time, we will inform you of the reason and extension period in writing. If we decline to act regarding a consumer request, we will inform you of the reason within 45 days of receiving that request.

8. Oregon Residents.

Effective July 1, 2024.

The Oregon Consumer Privacy Act provides Oregon residents with the additional rights listed below.

Right to Know. You have the right to confirm whether we are processing your personal data and access such data, including:

The categories of personal information we have collected about you;

The purpose for processing your personal information;

How you can exercise your rights and appeal a decision regarding your request;

The categories of personal information that we have shared with third parties; and

The categories of third parties with whom we have shared your personal information.

Right to Correct. You have a right to correct inaccuracies in the personal data we have collected about you, considering the nature of the personal data and the purposes of the processing of your personal data.

Right to Delete. You have the right to request that we delete the personal information we have collected from you unless we need to retain that information for a specified purpose as exempted under state law.

Right to Obtain a Copy. You have a right to obtain a copy of the personal data we have collected on you.

Right to Opt Out. You have the right to opt out of the processing of your personal data for purposes of (i) targeted advertising, (ii) the sale of personal data, or (iii) profiling in furtherance of decisions that produce legal or similarly significant effects concerning you.

Right to Appeal. If we decline to act regarding your request, you have the right to appeal this decision.

Other Rights. You also have the right not to be discriminated against for exercising any of the rights listed above.

Exercising Your Oregon Privacy Rights. To request access to or deletion of your personal information, or to exercise any other data rights under Oregon law, please contact us using the following method:

Email: You may write to us to exercise rights. Please include your full name, residential address, email address, and phone number, along with why you are writing, so that we can process your request. Please email us at contact@freesamplesprousa.com.

Webform: You may fill out a Webform to exercise rights. Please include your full name, email address, and phone number, along with why you are writing, so that we can process your request.

Response Timing. We aim to respond to a consumer request for access or deletion within 45 days of receiving that request. If we require more time, we will inform you of the reason and extension period in writing. If we decline to act regarding a consumer request, we will inform you of the reason within 45 days of receiving that request.

## 7. THIRD PARTY LINKS AND BEHAVIORAL TRACKING

Third Party Links.

The Website may contain links or offers to third-party products or services. These third-party websites have separate and independent privacy policies that govern their use. We shall not be responsible or liable for the content and activities of these third-party sites. You agree that your interaction with any third-party is at your own risk.

Third Party Information Gathering.

Company includes content and ads from third parties that may track user activity other than that described herein for their internal purposes. These other sites may place their own cookies on your device, collect data or solicit personal information. We do not monitor or control the collection and use of personal information by such third-party websites and shall not be held liable for any breach of information by such third parties.

## 8. Children's Data

Our Website is intended for users who are, 18 years or older and are eligible to enter into a legally binding contract with us and not be barred from doing so under any applicable laws; or for users who are 13 years or older and have parental or guardian's consent to the Agreement. The Website is not intended for children under 18 years of age. By using the Website, you are affirming that you are at least 18 years old.

**9. Changes to This Privacy Policy**

We reserve the right to update this policy from time to time as the Website changes and the applicable privacy laws evolve. If we update the policy, we will do so online. By using the Website, you are agreeing to the most recent terms of this policy.

**10. Contact Us**

For any queries or concerns about your privacy or anything in this policy, please reach us at contact@freesamplesprousa.com.