**George S. Pitcher, OSB #963982**
George.Pitcher@wilsonelser.com
**Rachel Robinson, OSB #084550**
Rachel.Robinson@wilsonelser.com
**Maryn Sommerfeldt, OSB #244842**
Maryn.Sommerfeldt@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030
Facsimile: 971.352.3019
*Attorneys for Defendant Interest Media, Inc.*

**Timothy J. Fransen, OSB #073938**
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24thFloor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

**Michael Alltmont,** *admitted Pro Hac Vice*
malltmont@sessions.legal
SESSIONS, ISRAEL, & SHARTLE, LLC
3838 N. Causeway Blvd., Ste. 2800
Metairie, Louisiana 70002
Telephone: 504.846.7954
Facsimile: 504.828.3737
*Attorneys for Defendant SmartMatch Insurance Agency, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| **SHARON MCCULLAGH,**<br><br>Plaintiff,<br><br>vs.<br><br>**SMARTMATCH INSURANCE AGENCY, LLC,** and **INTEREST MEDIA, INC.,**<br><br>Defendants. | Case No. 1:25-cv-00174-CL<br><br>DEFENDANTS' OBJECTION TO FINDINGS AND RECOMMENDATION ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS |

Page 1 – DEFENDANTS' OBJECTION TO FINDINGS AND RECOMMENDATION

Wilson Elser Moskowitz Edelman & Dicker LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

323833242v.1

Defendants SmartMatch Insurance Agency, LLC ("SmartMatch") and Interest Media, Inc. ("Interest Media") (collectively, "Defendants") file the instant objection to the Findings and Recommendation issued by Magistrate Judge Clarke on February 11, 2026, and state the following in support.

## I.     INTRODUCTION

Magistrate Judge Clarke found that "[a] jury must resolve the question of fact regarding whether Plaintiff accessed the Site and entered her information" and "[a] trial on the issue of Plaintiff's use and access of the Site should be set immediately." Docket No. 44, pp. 5 & 14. The Ninth Circuit, however, has allowed limited and targeted discovery in similar circumstances. *Knapke v PeopleConnect, Inc.*, 38 F.4th 824, 834 (9th Cir. 2022). Here, Defendants should be allowed limited discovery into the IP address from which the Site was accessed, any device used to access the Site, and plaintiff's browsing history. This may include written discovery to plaintiff, a deposition, and third-party discovery.

While Defendants aver that plaintiff did, in fact, access the Site and enter her information, Defendants do not object to Magistrate Clarke's recommendation that the issue cannot be resolved at this stage. Defendants should, however, be allowed to conduct limited discovery and move for summary judgment before proceeding to a jury trial. Defendants do not otherwise object to the Findings and Recommendation.

## II.     PROCEDURAL HISTORY

On January 31, 2025, plaintiff filed the instant class action lawsuit against SmartMatch. *See* Docket No. 1. On June 6, 2025, plaintiff amended the Complaint to add Interest Media. *See* Docket No. 19. Plaintiff alleges her telephone number is on the federal Do Not Call Registry and,

Page 2 – DEFENDANTS' OBJECTION TO FINDINGS AND RECOMMENDATION

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

323833242v.1

despite this, and without her consent, she received telemarketing calls from the Defendants. *Id*. at ¶¶ 13-25. Plaintiff asserts two causes of action, both arising under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

On September 12, 2025, Defendants filed a Motion to Compel Arbitration and Stay Proceedings and to Strike Class Allegations. *See* Docket No. 26.

On January 8, 2026, Magistrate Judge Clarke heard oral argument.

On February 11, 2026, Magistrate Judge Clarke issued the Findings and Recommendation. *See* Docket No. 44. Magistrate Judge Clarke found that "a jury must resolve the question of fact regarding whether Plaintiff accessed the Site and entered her information" and "[a] trial on the issue of Plaintiff's use and access of the Site should be set immediately." *Id*. at pp 5 & 14. Magistrate Judge Clarke added, however, that if a jury finds plaintiff accessed the Site, then a valid arbitration agreement exists and encompasses the TCPA claims asserted by plaintiff. *Id*. at pp. 6-13. Last, in finding that whether plaintiff accepted the terms of use is an issue of fact for later determination, so too is the question of class action waiver. *Id*. at pp. 13-14. ("Plaintiff may need to amend her allegations or her proposed class definitions to ensure that issues of law and fact predominate over issues involving individual class members, but outright dismissal at this time is premature, especially considering the disfavor accorded to Rule 12(f) motions").

### III.   LAW AND ARGUMENT

Federal Rule of Civil Procedure 72 provides that, "[w]ithin 14 days after being served with a copy of the [magistrate judge's] recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "The

Page 3 – DEFENDANTS' OBJECTION TO FINDINGS AND RECOMMENDATION

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

323833242v.1

district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." *Id*. at (b)(3). "The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." *Id*.

The Federal Arbitration Act ("FAA"), 9 U.S.C. § 4, "governs the enforceability of arbitration agreements in contracts involving interstate commerce." *See Kramer v. Toyota Motor Corp.*, 705 F.3d 1122, 1126 (9th Cir. 2013). "[I]f the making of the arbitration agreement . . . be in issue, the court shall proceed summarily to the trial thereof." *Knapke*, 38 F.4th at 831 (citations omitted; ellipses in original). The Ninth Circuit has "confirmed that the FAA's procedure mirrors the three phases of federal civil lawsuits: a motion to compel arbitration akin to a motion to dismiss; followed by optional discovery before summary judgment, if the motion is denied; followed by a mini-trial, if necessary." *See Knapke*, 38 F.4th at 833 (citations omitted).

Accordingly, Defendants should be allowed limited discovery into the IP address from which the Site was accessed, any device used to access the Site, and plaintiff's browsing history. This may include written discovery to plaintiff, a deposition, and third-party discovery. Defendants believe an initial 90-day discovery period should be adequate and will advise the Court if more time is needed (sometimes the result of an initial set of third-party discovery of an IP address can identify another third-party to whom discovery must be issued). Defendants do not otherwise object to the Findings and Recommendation.

Page 4 – DEFENDANTS' OBJECTION TO FINDINGS AND RECOMMENDATION

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

323833242v.1

## IV.  **CONCLUSION**

For the reasons stated above, this Court should adopt the Findings and Recommendation but allow for targeted discovery limited to whether Plaintiff accessed the Site and entered her information.

DATE: February 25, 2026.

| | |
|---|---|
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | SESSIONS, ISRAEL, & SHARTLE, LLC |
| By: *s/ Rachel Robinson*<br>   George S. Pitcher, OSB #963982<br>   Rachel Robinson, OSB #084550<br>   Maryn Sommerfeldt, OSB #244842<br>   Email: George.Pitcher@wilsonelser.com<br>          Rachel.Robinson@wilsonelser.com<br>          Maryn.Sommerfeldt@wilsonelser.com<br><br>*Attorneys for Defendant Interest Media, Inc.* | By: *s/Michael Alltmont*<br>   Michael Alltmont, *admitted Pro Hac Vice*<br>   malltmont@sessions.legal<br>         - AND -<br>   Timothy J. Fransen, OSB #073938<br>   tfransen@cosgravelaw.com<br><br>*Attorneys for Defendant SmartMatch Insurance Agency, LLC* |

Page 5 – DEFENDANTS' OBJECTION TO FINDINGS AND RECOMMENDATION

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

323833242v.1