UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SHARON MCCULLAGH,                                   Case No. 1:25-cv-00174-CL

     Plaintiff,                                             **ORDER**

    v.

SMARTMATCH INSURANCE AGENCY,
LLC, and INTEREST MEDIA, INC.,

     Defendants

**KASUBHAI,** United States District Judge:

This matter is before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Clarke issued a Findings and Recommendation on February 11, 2026, in which he recommends that this Court deny Defendants' Motion to Compel Arbitration and Stay Proceedings and to Strike Class Allegations. F&R, ECF No. 44. When a party objects to a magistrate judge's Findings and Recommendation, the district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The district court has no obligation to review the portions of the magistrate judge's report to which no party has objected. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). However, the district court is not precluded from *sua sponte* review of other portions of the Findings and Recommendation, *Thomas v. Arn*, 474 U.S. 140, 149 (1985), and the Advisory Committee notes to Federal Rule of

Page 1 — ORDER

Civil Procedure 72(b) recommend that the court should review such portions for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

Here, Defendants filed timely objections to the Magistrate Judge's Findings and Recommendation. Defs.' Obj., ECF No. 46. The Court has carefully considered Defendants' objections and reviewed the relevant portions of the record *de novo* and concludes that there is no basis to modify the Findings and Recommendation. Defendants' "objection" asks the Court to allow limited discovery prior to the trial Judge Clarke recommends on the issue of Plaintiff's use and access of the Site, but it does not appear that the issue of discovery was addressed in the Findings and Recommendation at all. Defendants' request for discovery must be directed to Magistrate Judge Clarke. The Court likewise finds no clear error with the remainder of the Findings and Recommendation to which no objections were filed.

### CONCLUSION

The Court ADOPTS Magistrate Judge Clarke's Findings and Recommendation, ECF No. 44. Defendants' Motion to Compel Arbitration and Stay Proceedings and to Strike Class Allegations (ECF No. 26) is therefore DENIED.

IT IS SO ORDERED.

DATED this <u>8th</u> day of April 2026.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (he/him)
United States District Judge

Page 2 — ORDER