Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**MEDFORD DIVISION**

| | |
|---|---|
| Sharon McCullagh, individually and on behalf of other similarly situated.<br><br>Plaintiff,<br><br>v.<br><br>SmartMatch Insurance Agency, LLC<br><br>and<br><br>Interest Media, Inc.<br><br>Defendants. | No. 1:25-cv-00174-CL<br><br>STIPULATION OF DISMISSAL |

Plaintiff and Defendants SmartMatch Insurance Agency, LLC and Interest Media, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims, with each party to bear their own costs and attorneys' fees.

[Counsel's signatures on next page.]

DATED this 26th day of August, 2026.

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
**PERRONG LAW LLC**
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529
a@perronglaw.com

Anthony Paronich, admitted *Pro Hac Vice*
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Phone: 617-485-0018
anthony@paronichlaw.com

Attorneys for Plaintiff and the Proposed Class

/s Rachel A. Robinson
George S. Pitcher, OSB #963982
Rachel A. Robinson, OSB #084550
Maryn Sommerfeldt, OSB #244842
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Phone: 971-352-3030
george.pitcher@wilsonelser.com
rachel.robinson@wilsonelser.com
maryn.sommerfeldt@wilsonelser.com

Attorneys for Defendant Interest Media, Inc.

s/Timothy J. Fransen
Timothy J. Fransen, OSB No. 073938
**COSGRAVE VERGEER KESTER LLP**
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Phone: 503-323-9000
Tfransen@cosgravelaw.com

Michael Alltmont, admitted *Pro Hac Vice*
**SESSIONS, ISRAEL, & SHARTLE, LLC**
3838 N. Causeway Blvd., Suite 2800
Metairie, Louisiana 70002
Phone: 504-846-7954
malltmont@wilsonelser.com

Attorneys for Defendant SmartMatch Insurance Agency LLC

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing Stipulation of Dismissal via ECF on the below date.

Dated: August 26, 2026

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class