IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| Sharon McCullagh, | ) | |
| | ) | Case No. 1:25-cv-00174-CL |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| SmartMatch Insurance Agency, LLC, | ) | |
| Defendant. | ) | |

This case is voluntarily dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims, with each party to bear their own costs and attorney fees."

DATED this 16th day of September, 2026.

/s/ Mark D. Clarke
Magistrate Judge Mark D. Clarke